Jeff P. Prostok
State Bar No. 16352500
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
lrea@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **NEWBERRY BAKERS, INC.,** | § | **Case No.: 17-44189-rfn11** |
| | § | |
| **Debtor.** | § | |
| | § | |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES

*These Global Notes (the "<u>Global Notes</u>") regarding the Schedules of Newberry Bakers, Inc. (the "<u>Debtor</u>") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "<u>Schedules</u>") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "<u>Bankruptcy Code</u>"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Schedules. The Schedules are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

<u>**Agreements Subject to Confidentiality.**</u> There may be instances within the Schedules where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

<u>**Amendment.**</u> While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

<u>**Basis of Presentation.**</u> While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("<u>GAAP</u>"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

<u>**Causes of Action.**</u> The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

<u>**Claims Description.**</u> Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as

"disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.** Unless otherwise indicated, the values reflected on the Schedules are as of October 13, 2017 (the "Petition Date").

**Estimates.** The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders.** Persons listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Inventory.** Inventory, where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally.** Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.** The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any

such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. For instance, the inclusion of a counterparty to a lease in Schedule D is not an admission that such lease constitutes a capital lease, and the Debtor reserves all rights to contend that the referenced agreement is, instead, an operating lease. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

**Schedule E/F – Creditors Holding Priority Claims.** The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule E/F – Creditors Holding Unsecured Nonpriority Claims.** Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases.** The business of the Debtor is complex. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subornation, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves all rights to challenge whether any of the listed

contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases. The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.** All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

**Fill in this information to identify the case:**

Debtor Name **Newberry Bakers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **17-44189-rfn11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.......................................................................................... **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B........................................................................................ **$1,736,799.86**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B.......................................................................................... **$1,736,799.86**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... **$19,036,623.43**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................. **+ $4,771,769.83**

**4.** **Total liabilities**
Lines 2 + 3a + 3b..................................................................................................................... **$23,808,393.26**

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Newberry Bakers, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-44189-rfn11** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**
   
   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor **Newberry Bakers, Inc.**                                  Case number (if known) **17-44189-rfn11**
    Name

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.                                        $0.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____**$0.00**____ – ____**$0.00**____ = .............. ➔ ____**$0.00**____
             face amount          doubtful or uncollectible accounts

11b. Over 90 days old: ____**$0.00**____ – ____**$0.00**____ = .............. ➔ ____**$0.00**____
             face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $0.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

**Valuation method
used for current value**    **Current value of
debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated
    businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and
    non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                       $0.00

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☒ Yes.  Fill in the information below.

Debtor **Newberry Bakers, Inc.**            Case number (if known)   __17-44189-rfn11__
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Ingredients - see attached Schedule A/B 19** | **11/15/2017** | **$124,332.94** | **Book** | **$124,332.94** |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **Finished Goods - see attached Schedule A/B 21 Finished Goods listed as $0.00 because all Finished Goods were lost in August 2017 when Hurricane Harvey knocked out the power to the freezers holding the Finished Goods. The values are listed at what they would have been worth to the Debtor had they not been lost. There was no insurance coverage in place at the time of the loss.** | **11/15/2017** | **$0.00** | **Book** | **$0.00** |
| **22. Other inventory or supplies** | | | | |
| **Packaging - see attached Schedule A/B 22** | **11/15/2017** | **$100,112.86** | **Book** | **$100,112.86** |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

                                           **$224,445.80**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|
| | Name | | |

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office Furniture and Fixtures** **See attached Schedule A/B 39** | $33,566.98 | Book | $33,566.98 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment and Computers** **See attached Schedule A/B 41** | $43,762.08 | Book | $43,762.08 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$77,329.06

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Machinery and Equipment and Leasehold Improvements**
**See attached Schedule A/B 50**

| **Value derived by taking the book value less the depreciated value** | **$1,125,025.00** | Book | **$1,125,025.00** |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | **$1,125,025.00** |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | **$0.00** |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **Website, Branding** | **$10,000.00** | **Book** | **$10,000.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **SQF Level 3 Certification** | **$300,000.00** | **Book** | **$300,000.00** |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer Lists** | **Unknown** | | **$0.00** |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |
| **Goodwill** | **Unknown** | | **$0.00** |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$310,000.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

Debtor   **Newberry Bakers, Inc.**                                  Case number (if known) **17-44189-rfn11**
_____
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$224,445.80** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$77,329.06** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,125,025.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................. ➜ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$310,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$1,736,799.86**   **+**   91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................... **$1,736,799.86**

# Schedule A/B 19

| Inventory Food Supplies | | | | | | |
|---|---|---|---|---|---|---|
| November 15th 2017 | | | | | | |
| | Cases | Lbs. | Total | price per lb | | sub |
| EZ Melt Dark Choc. Snaps Van Leer | 69 | 30 | 2070 | $ | 2.300 | $ | 4,761.00 |
| Guittard 900 ct. White Choc. Chips | 57 | 25 | 1425 | $ | 1.836 | $ | 2,616.30 |
| Barry Cllebart 2000ct. Choc. Dark Chunks | 36 | | 1800 | $ | 1.985 | $ | 3,573.00 |
| Vinegar 12 gallons | | | 96 | $ | 0.320 | $ | 30.72 |
| Red Red Chefmaster  (buckets) | 2 | 50 | 100 | $ | 8.152 | $ | 815.20 |
| Annatto Sensient Natural Color 4 gallons | | | 32 | $ | 9.700 | $ | 310.40 |
| Cocoa Powder Bony Royal (bags) | 2 | 50 | 100 | $ | 2.470 | $ | 247.00 |
| Instant Clear Gel (bags) | 3 | 50 | 150 | $ | 4.100 | $ | 615.00 |
| Sodium Propinate (bag) | 1 | 50 | 50 | $ | 18.400 | $ | 920.00 |
| Blueberry Wonf 2327 (buckets) | 8 | 40 | 320 | $ | 5.250 | $ | 1,680.00 |
| Dark Raisins | 5 | 30 | 150 | $ | 1.500 | $ | 225.00 |
| Golden Raisins | 1 | 30 | 30 | $ | 1.412 | $ | 42.36 |
| Pastry Flour (bags) | 93 | 50 | 4650 | $ | 0.290 | $ | 1,348.50 |
| Burge Biscuit Flakes | 48 | 50 | 2400 | $ | 0.890 | $ | 2,136.00 |
| Croucuant Multi Colored | 80 | 26 | 2080 | $ | 4.200 | $ | 8,736.00 |
| Innovabake Leavening Glabber Girl | 93 | 50 | 4650 | $ | 1.580 | $ | 7,347.00 |
| Lemon Juice 20 Gallons | | | 160 | $ | 1.300 | $ | 208.00 |
| Guittard 2000ct Dark Choc Chips | 9 | 25 | 225 | $ | 1.680 | $ | 378.00 |
| Salt (bags) | 34 | 50 | 1700 | $ | 0.139 | $ | 236.30 |
| Dried Blueberries | 89 | 25 | 2225 | $ | 4.850 | $ | 10,791.25 |
| Palm Oil Margarine Ventura | 4 | 50 | 200 | $ | 0.890 | $ | 178.00 |
| Dried Cranberries | 17 | 25 | 425 | $ | 2.800 | $ | 1,190.00 |
| Butterscotch Drops 4000ct | 11 | 50 | 550 | $ | 1.610 | $ | 885.50 |
| Berry Callebart CHD-C1-6025901-035 chunks | 8 | 50 | 400 | $ | 2.090 | $ | 836.00 |
| Orange Flavored Flavido (27cs * 4 gallons = 108 gallons) | | | 864 | $ | 2.700 | $ | 2,332.80 |
| AB Mauri Baking Powder DA (bags) | 8 | 50 | 400 | $ | 1.420 | $ | 568.00 |
| Flavr Bites Cinnamon 5310 (bags) | 21 | 50 | 1050 | $ | 1.280 | $ | 1,344.00 |
| Large Semi Sweet Choc Chunks | 3 | 50 | 150 | $ | 1.620 | $ | 243.00 |
| Roberttet Blueberry Flavor Wonf | 11 | 50 | 550 | $ | 4.800 | $ | 2,640.00 |
| Lard Deodorized | 8 | 50 | 400 | $ | 0.590 | $ | 236.00 |
| Nutkao (buckets) | 57 | 30 | 1710 | $ | 1.420 | $ | 2,428.20 |
| Pumpkin (cans) | 19 | 6 | 114 | $ | 0.400 | $ | 45.60 |
| Rainbow Sprinkles Maralerio | 490 | 25 | 12250 | $ | 1.710 | $ | 20,947.50 |
| Peanut Drops 4000ct | 41 | 50 | 2050 | $ | 1.600 | $ | 3,280.00 |
| Cake Flour (bags) | 26 | 50 | 1300 | $ | 0.284 | $ | 369.20 |
| Brown Sugar | | | 400 | $ | 0.550 | $ | 220.00 |
| Crème Cake Base (bags) | 50 | 50 | 2500 | $ | 0.550 | $ | 1,375.00 |
| Nulomoline (pails) | 3 | 50 | 150 | $ | 1.040 | $ | 156.00 |
| Granulated Sugar (bags) | 7 | 50 | 350 | $ | 0.430 | $ | 150.50 |
| Guittard Cocoa Powder (bags) | 4 | 50 | 200 | $ | 1.690 | $ | 338.00 |
| Corn Syrup Solids (bags) | 2 | 50 | 100 | $ | 0.640 | $ | 64.00 |
| Glucose (pails) | 3 | 50 | 150 | $ | 0.490 | $ | 73.50 |
| Margarine Streusel | 100 | 23.5 | 2350 | $ | 0.730 | $ | 1,715.50 |
| White Cake Mix Pillbury (bags) | 35 | 50 | 1750 | $ | 1.240 | $ | 2,170.00 |
| Deris Food Cake Mix (bags) | 60 | 50 | 3000 | $ | 0.950 | $ | 2,850.00 |
| Molasses (gallons) | 3 | 8 | 24 | $ | 0.600 | $ | 14.40 |
| Salt Kosher | 2 | 36 | 72 | $ | 0.630 | $ | 45.36 |
| Citric Acid (Bag) | 1 | 50 | 50 | $ | 0.630 | $ | 31.50 |
| Sweet Dairy whip (bags) | 3 | 50 | 150 | $ | 1.600 | $ | 240.00 |
| Dextrose (bags) | 2 | 50 | 100 | $ | 0.820 | $ | 82.00 |
| EFG Sugar (bags) | 13 | 50 | 650 | $ | 0.430 | $ | 279.50 |
| Sugartcote (bags) | 10 | 50 | 500 | $ | 0.580 | $ | 290.00 |
| Graham Cracker Crumb (boxes) | 24 | 50 | 1200 | $ | 0.780 | $ | 936.00 |
| White chocolate mousse | 240 | 25 | 6000 | $ | 3.830 | $ | 22,980.00 |
| Dark chocolate mousse | | | 295 | $ | 3.430 | $ | 1,011.85 |

| | | | | | |
|---|---|---|---|---|---|
| White sprinkles | 36 | 25 | 900 | $ 1.200 | $ 1,080.00 |
| white sprinkles | 2 | 10 | 20 | $ 1.200 | $ 24.00 |
| Red sprinkles | 40 | 25 | 1000 | $ 1.200 | $ 1,200.00 |
| red sprinkles | 30 | 10 | 300 | $ 1.200 | $ 360.00 |
| Orange sprinkles | 10 | 25 | 250 | $ 1.200 | $ 300.00 |
| Yellow Sprinkles | 12 | 25 | 300 | $ 1.200 | $ 360.00 |
| One Shot (pails) | 17 | 50 | 850 | $ 1.700 | $ 1,445.00 |
| | | | | | |
| | | | | | $ 124,332.94 |

# Schedule A/B 21

# INVENTORY
# <u>FINISHED GOODS</u>

Finished Goods is listed at $0.00 because all Finished Goods were lost in August 2017 when Hurricane Harvey knocked out the power to the freezers holding the Finished Goods. The values are listed at what they would have been worth to the Debtor had they not been lost. There was no insurance coverage in place at the time of the loss.

NEWBERRY INVENTORY SAMS CLUB

| MATERIAL DESCRIPTION | ITEM NO. | CS P.PLT | LOT CODE --> BEGINNING BALANCE | ACTUAL BALANCE | Pallets available | TOTAL WEEKLY PRODUCED | SHIPPED | Cost per case | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| SAMS CLUB BROWNIE TRIO | 649702079 | 56 | 6 | 6 | 0.1 | 0 | 0 | $ | 50.80 | $ 304.80 |
| MINI PASTRIES 12/26oz | 649702199 | 50 | 4 | 4 | 0.1 | 0 | 0 | $ | 59.40 | $ 237.60 |
| | | 96 | 0 | 0 | 0.0 | 0 | 0 | $ | - | $ - |
| | | 96 | 0 | 0 | 0.0 | 0 | 0 | $ | - | $ - |

| | | | | | | | | Cost per case | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COSTCO BROWNIE DUO | 115057 | 36 | 129 | 129 | 3.6 | 0 | 0 | $ | 65.40 | $ 8,436.60 |
| | | 50 | 0 | 0 | 0.0 | 0 | 0 | $ | - | $ - |

TOTAL $ 8,979.00

C:\Users\lbreedlove\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\DJO52YXW\SOFA NEWBERRY SAMS FINISHED GOODS INVENTORY 06-19 2017

SSD - BURRIS - RANDALLS-BASHAS -STATE BRO-PUBLIX-HEB-BGC

| MATERIAL DESCRIPTION | ITEM NO. | CUST. NO. | CS P.PCT | LOT CODE --> BEGINNING BALANCE | ACTUAL BALANCE | Pallets available | TOTAL WEEKLY PRODUCED | SHIPPED | Cost per Case | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SCONE ICED CRAN / ORANGE (BK) | 1011 | 7955 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE ICED CINN DRIZZLE (BK) | 1014 | 7952 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE BLUEBERRY PRE-BAKED | 1002 | 7976 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CINNAMON PRE-BAKED | 1004 | 7977 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CHOC-CHIP PRE-BAKED | 1003 | 7978 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CHOC. CHUNK W/CHOC DRIZZLE (BK) | 1015 | 7953 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE BLUEBERRY UNBAKED 60CT | 1769 | 7980 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE BLUEBERRY (RAW) 90CT | 1005 | 7960 | 56 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CINNAMON (RAW) 90CT | 1007 | 7961 | 56 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CRAN - ORANGE (RAW) 60CT | 1012 | 7988 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE BLUEBERRY (RAW) RTB 90 CT | 1016 | 7986 | 56 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE CINNAMON UNBAKED 60CT | 1017 | 7991 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE RASPBERRY (RAW) 60CT | 1013 | 7989 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE MAPLE (RAW) 60CT | 1018 | 7999 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| RAW PEACH SCONE 60CT | 1009 | 7950 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| MINI BUTTER COOKIE (180) | 1080 | 7919 | 144 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SCONE BLUEBERRY BAKED ARTISAN 75CT | 1096 | 7850 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| ICED BLUE BERRY SCONE | 1395 | 7951 | 72 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| SUGAR SCONE (90 CT) | 1102 | 7994 | 56 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |

| ITEM NO. | CUST. NO. | CS P.PCT | BEGINNING BALANCE | ACTUAL BALANCE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FM CINN RAW SCONE 60CT | 1550 | 347092 | 96 | 60 | 60 | 0.6 | 0 | 0 | $ 30.00 | $ 1,800.00 |
| FM RAW CRA ORG SCONE 60CT | 1552 | 347094 | 96 | 34 | 34 | 0.4 | 0 | 0 | $ 30.00 | $ 1,020.00 |
| FM RAW BLUEBRY SCONE 60CT | 1554 | 347095 | 96 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| FM CHOCOLATE CUPCAKE 2.75oz | 1556 | | 54 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| FM RED VELVET CUPCAKE 2.75oz | 1557 | | 54 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| FM VANILLA CUPCAKE 2.75oz | 1558 | | 54 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| FM STRAWBERRY CUP CAKE 2.75oz | 1559 | | 54 | 0 | 0 | 0.0 | 0 | 0 | $ - | $ - |
| FM PUMPKIN CUPCAKE | 1560 | | 54 | | | 0.0 | 0 | 0 | $ - | $ - |
| FM CINN CHIP MUFFIN | 1825 | 347104 | 54 | 49 | 49 | 0.9 | 0 | 0 | $ 20.97 | $ 1,027.53 |
| FM CHOC CHUNK MUFFIN | 1826 | 347105 | 54 | 3 | 3 | 0.1 | 0 | 0 | $ 21.87 | 65.61 |
| FM BLUEBERRY MUFFIN | 1827 | 347102 | 54 | 35 | 35 | 0.6 | 0 | 0 | $ 23.27 | 814.45 |
| FM CRANBERRY ORANGE MUFFIN | 1828 | 347101 | 54 | 87 | 87 | 1.6 | 0 | 0 | $ 21.01 | $ 1,827.87 |

| Product | Item # | Code | | | | | | | Unit | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM PUMPKIN MUFFIN | 1829 | 347105 | 54 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SS RED VELVET CUPCK | 1812 | | 100 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SS PEANUT BUTTER CUPCK | 1813 | | 100 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SS CARROT CUPCK | 1808 | | 100 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SS HAPPY BIRTHDAY CUPCK | 1814 | | 100 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SS MIDNIGHT FUDGE CUPCK | 1811 | | 100 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| ALDI FUDGE/CRM CHEESE BROWNIE | 1823 | | 72 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| ALDI PNB/RED VELVET BROWNIE | 1817 | | 72 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| BURRIS BANANA NUT MUFFIN | 1834 | 347105 | 54 | 57 | 57 | 1.1 | 0 | $ | 22.58 | $ | 1,287.06 |
| BURRIS OAT BRAN MUFFIN | 1833 | 347111 | 54 | 25 | 25 | 0.5 | 0 | $ | 22.04 | $ | 551.00 |
| BURRIS CORN MUFFIN | 1830 | 347108 | 54 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| BURRIS LEMON POPPY SEED MUFFIN | 1831 | 347108 | 54 | 39 | 39 | 0.7 | 0 | $ | 22.55 | $ | 879.45 |
| NEWBERRY TRIO CUPCAKE | 1570 | 226669 | 49 | 99 | 99 | 2.0 | 0 | $ | 50.40 | $ | 4,989.60 |
| ALDI BROOKIE | 1332 | | 72 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| SUMMER TIME 4CT CUPCAKE | 1580 | | 60 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| AUTUMN 4CT CUPCAKE | 1582 | | 60 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| STUFFED BROOKIE/BROWNIE | 1350 | 62275 | 56 | 39 | 39 | 0.7 | 0 | $ | 61.80 | $ | 2,410.20 |
| DOUBLE CHOCOLATE MUFFIN | 1835 | 347112 | 54 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| RAW OAT BRAN | 1836 | | 60 | 27 | 27 | 0.5 | 0 | $ | 24.40 | $ | 658.80 |
| SAFEWAY LEMON POPPY SEED SCONE BK | 1020 | | 72 | 43 | 43 | 0.6 | 0 | $ | 29.80 | $ | 1,281.40 |
| SAFEWAY BLUEBERRY SCONE BK | 1022 | | 72 | 72 | 72 | 1.0 | 0 | $ | 30.65 | $ | 2,206.80 |
| RANDALLS CHOC CHIP MUFFIN PUCKS | 44445 | | 60 | 59 | 59 | 1.0 | 0 | $ | 21.00 | $ | 1,239.00 |
| RANDALLS CINNAMON CHIP MUFFIN PUCKS | 44446 | | 60 | 79 | 79 | 1.3 | 0 | $ | 21.30 | $ | 1,682.70 |
| RANDALLS BLUEBERRY MUFFIN PUCKS | 44452 | | 60 | 34 | 34 | 0.6 | 0 | $ | 21.00 | $ | 714.00 |
| RANDALLS LEMON POPPY SEED PUCKS | 44449 | | 60 | 4 | 4 | 0.1 | 0 | $ | 20.10 | $ | 80.40 |
| RANDALLS BRAN RAISIN MUFFIN PUCKS | 44447 | | 60 | 30 | 30 | 0.5 | 0 | $ | 20.60 | $ | 618.00 |
| RANDALLS BANANA NUT MUFFIN PUCKS | 44450 | | 60 | 59 | 59 | 1.0 | 0 | $ | 22.00 | $ | 1,298.00 |
| RANDALLS DOUBLE CHOC MUFFIN PUCKS | 44455 | | 60 | 53 | 53 | 0.9 | 0 | $ | 22.00 | $ | 1,166.00 |
| RANDALLS PISTACHO MUFFIN PUCKS | 44468 | | 60 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| RANDALLS MOCHA MUFFIN PUCKS | 44469 | | 60 | 31 | 31 | 0.5 | 0 | $ | 22.50 | $ | 697.50 |
| RANDALLS RED VELVET MUFFIN PUCKS | 44470 | | 60 | 42 | 42 | 0.7 | 0 | $ | 22.00 | $ | 924.00 |
| RANDALLS GREEN APPLE MUFFIN PUCKS | 44471 | | 60 | 14 | 14 | 0.2 | 0 | $ | 21.50 | $ | 301.00 |
| RANDALLS CARAMEL APPLE MUFFIN PUCKS | 44472 | | 60 | 11 | 11 | 0.2 | 0 | $ | 22.50 | $ | 247.50 |
| RANDALLS CORN MUFFIN PUCKS | 44474 | | 60 | 38 | 38 | 0.6 | 0 | $ | 18.00 | $ | 684.00 |
| RANDALLS CRANBERRY MUFFIN PUCKS | 44448 | | 60 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| RANDALLS PUMPKIM MUFFIN PUCKS | 44451 | | 60 | 0 | 0 | 0.0 | 0 | $ | | $ | - |

**BROOKSHIRE**

| Product | Item # | Code | | | | | | | Unit | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BGC-CRANBERRY ORANGE MUFFIN | 62044 | | 54 | 21 | 21 | 0.4 | 0 | $ | 26.49 | $ | 556.29 |
| BGC-BLUEBERRY MUFFIN | 62053 | | 54 | 24 | 24 | 0.4 | 0 | $ | 27.21 | $ | 653.04 |
| BGC-DBL CHOC MUFFIN | 62049 | | 54 | 22 | 22 | 0.4 | 0 | $ | 27.05 | $ | 595.10 |
| BGC-CINN CHIP MUFFIN | 62051 | | 54 | 23 | 23 | 0.4 | 0 | $ | 26.49 | $ | 609.27 |
| BGC-BANANA NUT MUFFIN | 62050 | | 54 | 3 | 3 | 0.1 | 0 | $ | 27.21 | $ | 81.63 |
| BGC-LEMON POPPY SEED MUFFIN | 62052 | | 54 | 41 | 41 | 0.8 | 0 | $ | 26.25 | $ | 1,076.25 |
| BGC - CARRC BGC - CARRO BGC - CARROT CUPCA | 1023 | 63679 | 54 | 0 | 0 | 0.0 | 0 | $ | | $ | - |
| BGC - VANILI BGC - VANILLA LEMON | 1025 | 63680 | 54 | 89 | 89 | 1.6 | 0 | $ | 32.49 | $ | 2,891.61 |
| BGC- GERMA BGC- GERMA BGC- GERMAN CHO CU | 1024 | 63832 | 54 | 88 | 88 | 1.6 | 0 | $ | 36.15 | $ | 3,181.20 |

| Item | # | Code | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *(redacted)* | 65884 | | 54 | 36 | 36 | 0.7 | 0 | 0 | | $ 36.50 | $ 1,314.00 |
| *(redacted)* | 66283 | | 54 | 29 | 29 | 0.5 | 0 | 0 | | $ 31.00 | $ 901.90 |
| *(redacted)* | 67055 | | 54 | 36 | 36 | 0.7 | 0 | 0 | | $ 31.10 | $ 1,119.60 |

**STATE BROS**

| Item | # | Code | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE BROS PNB BROWNIE | 1331 | 505403 | 72 | 221 | 221 | 3.1 | 0 | 0 | | $ 30.10 | $ 6,652.10 |
| STATE BROS BROOKE BROWNIE | 1336 | 505404 | 72 | 214 | 214 | 3.0 | 0 | 0 | | $ 30.10 | $ 6,441.40 |

**SUPER STORE**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPER STORE BROOKIE | 1360 | | 72 | 68 | 68 | 0.9 | 0 | 0 | | $ | $ - |
| SUPER STORE PEANUT BUTTER | 1353 | | 72 | 9 | 9 | 0.1 | 0 | 0 | | $ 31.70 | $ 285.30 |
| SUPER STORE SNICKERS | 1358 | | 72 | 2 | 2 | 0.0 | 0 | 0 | | $ 34.10 | $ 68.20 |

**UNITED SUPER**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHOCO BUNDT CAKE | 1781 | | 54 | 11 | 11 | 0.2 | 0 | 0 | | $ 28.60 | $ 314.60 |
| RED VELVET BUNDT CAKE | 1782 | | 54 | 19 | 19 | 0.4 | 0 | 0 | | $ 29.60 | $ 562.40 |
| VANILLA CREME BUNDT CAKE | 1784 | | 54 | 0 | 0 | 0.0 | 0 | 0 | | $ | $ - |

**PUBLIX**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PUBLIX-CHOCO CHIP BROWNIE | 1351 | | 72 | 0 | 0 | 0.0 | 0 | 0 | | $ | $ - |
| PUBLIX-BROOKIE BROWNIE | 1360 | | 72 | 71 | 71 | 1.0 | 0 | 0 | | $ | $ - |

**BASHAS**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BASHAS FUDGE BROWNIE | 775056 | | 54 | 0 | 0 | 0.0 | 0 | 0 | | $ | $ - |
| BASHAS SNICKERSTOP BRN | 775072 | | 54 | -36 | -108 | -2.0 | 0 | 72 | | $ | $ - |
| BASHAS PEANUT BUTTER BRN | 775304 | | 54 | 21 | -51 | -0.9 | 0 | 72 | | $ | $ - |
| BASHAS BLUEBERRY MUFFIN | 775502-2 | | 54 | 14 | -40 | -0.7 | 0 | 54 | | $ 30.46 | $ 426.44 |
| BASHAS CRANBERRY MUFFIN | 782268-2 | | 54 | 17 | 17 | 0.3 | 0 | 0 | | $ 29.74 | $ 505.58 |
| BASHAS BANANA MUFFIN | 782854-2 | | 54 | 66 | 66 | 1.2 | 0 | 0 | | $ 30.46 | $ 2,010.36 |
| BASHAS DOUBLE CHOC MUFFIN | 78328-2-2 | | 54 | 48 | 48 | 0.9 | 0 | 0 | | $ 30.30 | $ 1,454.40 |

**BURRIS NEW CUPCAKES**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VANILLA FILLED CUPCAKES | 64309 | | 54 | 40 | 40 | 0.7 | 0 | 0 | | $ 31.10 | $ 1,244.00 |
| CHOC FILLED CUPCAKES | 64304 | | 54 | 1 | 1 | 0.0 | 0 | 0 | | $ 31.10 | $ 31.10 |
| RED VELVET FILLED CUPCAKES | 64482 | | 54 | 1 | 1 | 0.0 | 0 | 0 | | $ 34.10 | $ 34.10 |

**CLEAN LABEL NEW CUPCAKES**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VANILLA CUPCAKES | 347120 | | 60 | 9 | 9 | 0.2 | 0 | 0 | | $ 22.70 | $ 204.30 |
| CHOC CUPCAKES | 347121 | | 60 | 75 | 75 | 1.3 | 0 | 0 | | $ 22.10 | $ 1,657.50 |
| RED VELVET CUPCAKES | 347122 | | 60 | 0 | 0 | 0.0 | 0 | 0 | | $ | |
| PUMPKIN CUPCAKES | 347126 | | 60 | 0 | 0 | 0.0 | 0 | 0 | | $ | $ - |

**Burris New Cupcake Clean Label**

| Item | # | | | | | | | | | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VANILLA CUPCAKES CLEAN LABEL 2.75 | 347123 | | 54 | 34 | 34 | 0.6 | 0 | 0 | | $ 20.00 | $ 680.00 |
| CHOC CUPCAKES CLEAN LABEL 2.75 | 347124 | | 54 | 66 | 66 | 1.2 | 0 | 0 | | $ 19.20 | $ 1,267.20 |
| RED VELVET CUPCAKES CLEAN LABEL 2.75 | 347125 | | 54 | 193 | 193 | 3.6 | 0 | 0 | | $ 20.00 | $ 3,860.00 |

**Hazel Nut**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hazel Nut Bites | 1115681 | 25 | | 9 | 9 | 0.4 | 0 | 0 | 0 | $ 84.60 | $ 761.40 |

**CHEWY BAR COSTCO**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHEWY BAR COSTCO | 1113081 | 25 | | 0 | 0 | 0.0 | 0 | 0 | 0 | | double pallets |

**HEB CUPCAKES**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEB CHOC CUPCAKE | 356835 | 96 | -326 | -326 | -3.4 | 0 | 0 | 0 | $ 12.40 | |
| HEB RED VELVET CUPCAKE | 356836 | 96 | -202 | -202 | -2.1 | 0 | 0 | 0 | $ 12.40 | |
| HEB VANILLA CUPCAKE | 356838 | 96 | -317 | -317 | -3.3 | 0 | 0 | 0 | $ 12.40 | |
| HEB CARROT CUPCAKE | 356839 | 96 | -168 | -168 | -1.8 | 0 | 0 | 0 | $ 12.40 | |

**RANDALLS NEW**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VANILLA CUPCAKE 4 OZ | 94988398 | 56 | 64 | 64 | 1.1 | 0 | 0 | 0 | $ 19.68 | $ 1,259.52 |
| CHOC CUPCAKE 4 OZ | 94988395 | 56 | 54 | 54 | 1.0 | 0 | 0 | 0 | $ 19.20 | $ 1,036.80 |
| RED VELVET CUPCAKE 4 OZ | 94988399 | 56 | 0 | 0 | 0.0 | 0 | 0 | 0 | $ - | $ - |
| VANILLA CUPCAKE 1.25 | 94988396 | 50 | 69 | 69 | 1.4 | 0 | 0 | 0 | $ 20.90 | $ 1,442.10 |
| CHOC CUPCAKE 1.25 OZ | 94988394 | 50 | 9 | 9 | 0.2 | 0 | 0 | 0 | $ 21.10 | $ 189.90 |
| RED VELVET CUPCAKE 1.25 OZ | 94988397 | 50 | 82 | 82 | 1.6 | 0 | 0 | 0 | $ 20.90 | $ 1,713.80 |

Total $ 77,554.26



SUPER VALUE-TONY'S-AWG INVENTORY

| MATERIAL DESCRIPTION | ITEM NO. | CS P.PLT | LOT CODE --> BEGINNING BALANCE | ACTUAL BALANCE | Pallets Available | TOTAL WEEKLY PRODUCED | SHIPPED | Cost per Case | Total |
|---|---|---|---|---|---|---|---|---|---|
| SuperValue Newberry Blueberry Scones 7840265 3.5oz | 7840265 | 96 | 58 | 58 | 0.6 | 0 | 0 | $ 30.59 | $ 1,774.22 |
| SuperValue Newberry Cinnamon Scone 7840266 3.5oz | 7840266 | 96 | 67 | 67 | 0.7 | 0 | 0 | $ 30.59 | $ 2,049.53 |
| SuperValue Newberry Cran/Orange Scone 7840267 3.5oz | 7840267 | 96 | 9 | 9 | 0.1 | 0 | 0 | $ 30.59 | $ 275.31 |
| SuperValue Newberry Bran Raisin Muffin 7860119 4oz | 7860119 | 54 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| SuperValue Newberry Blueberry Muffin 16oz 7860117 | 7860117 | 54 | 21 | 21 | 0.4 | 0 | 0 | $ 24.61 | $ 516.81 |
| SuperValue Newberry Banana Nut Muffin 7860132 16oz | 7860132 | 54 | 15 | 15 | 0.3 | 0 | 0 | $ 22.52 | $ 337.80 |
| SuperValue Newberry Lemon Poppy Seed Muffin xxxx 16oz | 7860133 | 54 | 13 | 13 | 0.2 | 0 | 0 | $ 22.49 | $ 292.37 |
| SuperValue Newberry Corn Muffin xxxx 16oz | 7860126 | 54 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| SuperValue Newberry Cranberry Orange Muffin 7860129 16oz | 7860129 | 54 | 6 | 6 | 0.1 | 0 | 0 | $ 22.35 | $ 134.10 |
| SuperValue Newberry Cinnamon Chip Muffin 7860131 16oz | 7860131 | 54 | 22 | 22 | 0.4 | 0 | 0 | $ 22.31 | $ 490.82 |
| SuperValue Newberry Choc Chunk Muffin 7860127 16oz | 7860127 | 54 | 111 | 111 | 2.1 | 0 | 0 | $ 23.11 | $ 2,565.21 |
| SuperValue Newberry Clean Choco Cupcake 7930180 1.65oz | 7830180 | 60 | 52 | 52 | 0.9 | 0 | 0 | $ | $ - |
| SuperValue Newberry Clean Vanilla Cupcake 7930183 1.65oz | 7930183 | 60 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| SuperValue Newberry Clean Red Cupcake 7930184 1.65oz | 7930184 | 60 | 170 | 170 | 2.8 | 0 | 0 | $ 23.70 | $ 4,029.00 |
| SuperValue Newberry Clean Vanilla Cupcake 7930185 2.75oz | 7930185 | 60 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| SuperValue Newberry Red Velvet Cupcake 7930181 2.75oz | 7930181 | 60 | 11 | 11 | 0.2 | 0 | 0 | $ 21.00 | $ 231.00 |
| SuperValue Newberry Clean Choco Cupcake 7930182 2.75oz | 7930182 | 60 | 70 | 70 | 1.2 | 0 | 0 | $ 20.20 | $ 1,414.00 |
| SMART & FINAL PISTACHO MUFFIN 16OZ | 35928 | 54 | 60 | 60 | 1.1 | 0 | 0 | $ 27.80 | $ 1,668.00 |
| SMART & FINAL BROOKIE BROWNIE 13 OZ | 35928 | 54 | 11 | 11 | 0.2 | 0 | 0 | $ | $ - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TONYS FINE FOOD BROOKIE | 29817 | 105 | 9 | 9 | 0.1 | 0 | 0 | $ 14.85 | $ 133.65 |
| TONYS FINE FOOD FUDGE ICED | 29818 | 105 | 3 | 3 | 0.0 | 0 | 0 | $ 13.85 | $ 41.55 |
| TONYS FINE FOODS CRM CHEESE | 29819 | 105 | 5 | 5 | 0.0 | 0 | 0 | $ 13.85 | $ 69.25 |
| TONYS FINE FOOD PEANUT BUTTER | 29820 | 105 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| TONYS FINE FOOD TURTLE | 29821 | 105 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| TONYS FINE FOOD CARAMEL PEANUT NOUGET | 29843 | 60 | 33 | 33 | 0.6 | 0 | 0 | $ 13.40 | $ 442.20 |
| | | 60 | 59 | 59 | 1.0 | 0 | 0 | $ 12.40 | $ 731.60 |
| | | 60 | 72 | 72 | 1.2 | 0 | 0 | $ 13.40 | $ 964.80 |
| | | 60 | 0 | 0 | 0.0 | 0 | 0 | $ | $ - |
| | | 60 | 17 | 17 | 0.3 | 0 | 0 | $ 14.40 | $ 244.80 |
| | | 60 | 22 | 22 | 0.4 | 0 | 0 | $ 13.40 | $ 294.80 |

Total $ 18,700.82

# Schedule A/B 22

# NEWBERRY MATERIAL INVENTORY AS OF: 06-19-17

| NEWBERRY# | CODE | Description | | USAGE | CASES YOU CAN PACK | AMOUNT RECEIVED | DATE RECEIVED | value |
|---|---|---|---|---|---|---|---|---|
| | | **NEWBERRY MINI PASTRIES TRIO** | | | | | | |
| 7217 | LCL-SQ64 | 8"Square,64oz. TRAY | 8,718 | 0 | 727 | 33,000 | 5/20/2017 | $ 1,830.78 |
| 6606 | MCU-12C | MINI PASTRIES U BOARD | 2,429 | 0 | 2,429 | | | $ 242.90 |
| 9865 | LA-NB | LABEL-NEWBERRY MINI PASTRY KOLACKY | 45,451 | 0 | 3,788 | | | $ 2,727.06 |
| 6935 | MC-12C. | Master case | 74 | 0 | 74 | | | $ 57.72 |
| 7218 | CL-SQLI | 8" Square Lid | 19,945 | 0 | 1,662 | 33,000 | 5/20/2017 | $ 2,792.30 |
| 7219 | CL-SQSBB | 8" Shrink Band | 34,137 | 0 | 2,845 | | | $ 68.27 |
| | | BASE 48OZ SQUARE | 18,000 | 0 | 18,000 | | | $ 3,240.00 |
| | | **SAMS CLUB BROWNIE 24CT** | | | | | | |
| 9740 | CL-BT24L | Lid-24 Cavity Container | 2,391 | 0 | 199 | 49,400 | 5/20/2017 | $ 549.93 |
| 9668 | MC-12V | Master Case 24CT. | 5,753 | 0 | 5,753 | | | $ 4,372.28 |
| 9669 | MCU-12V | 24ct BROWNIE PAD | 1,898 | 0 | 1,898 | | | $ 189.80 |
| 9864 | LA-NB | LABEL-NEWBERRY BROWNIE TRIO | 65,571 | 0 | 5,464 | 118,000 | 5/16-5/19 | $ 3,934.26 |
| 9656 | CL-BT24T | NEW 24-CAVITY CONTAINER TRAY | 2,944 | 0 | 245 | 49,400 | 5/20/2017 | $ 677.12 |
| 9862 | LA-TAM | Tamper Labels | 220,079 | 0 | 9,170 | 222,000 | 5/23/2017 | $ 440.16 |
| | | **HEB CUPCAKE** | | | | | | |
| 9882 | NB-48CT | MASTER-48CT 2oz | 1,113 | 0 | 1,113 | 1,089 | 06/14/17 | $ 801.36 |
| 9883 | NB-24CT | TRAY-24CT 2oz | 2,173 | 0 | 1,087 | 2,124 | 6/19/2017 | $ 478.06 |
| 9881 | NB-2X2.5 | BAKING CUP | 200,666 | 0 | 4,181 | | | $ 1,204.00 |

total $ 23,606.00

# MATERIAL INVENTORY BJ'S,COSTCO, FRESH MARKET-AWG-SUPERVALUE-RANDALLS

6/19/2017

| ITEM NO. | DESCRIPTION | | ON HAND | | |
|---|---|---|---|---|---|
| 9651 | CUPCAKE/BUNDT 12ct MASTER TRAY / BUNDT#8868 | | 1,532 | $ | 949.84 |
| 9652 | NB print CUPCAKE/BUNDT 60ct MASTER / BUNDT #8867 | | 517 | $ | 320.54 |
| 9859 | MINI BAKING CUP NEW CLEAN LABEL CUPCAKE | | 77,000 | $ | 308.00 |
| | | | | | |
| 6932 | SHIPPER MULTI USE - MARKED | | 81 | $ | 63.18 |
| 6927 | SHIPPER MULTI USE PLAIN - NON MARKED | | 0 | $ | - |
| 7212 | TRAY NO BAKE LEAK PROOF | | 442 | $ | 185.64 |
| 6950 | SHIPPER PARTY FILL | | 3,040 | $ | 1,824.00 |
| 6410 | LINER 12X18 1.5MM | | 16 | $ | 1.28 |
| 9806 | NEW SAMS RAW SCONE 2PK SHIPPER | | 500 | $ | 240.00 |
| 9807 | NEW SAMS RAW SCONE 2PK TRAY | | 4,756 | $ | 856.08 |
| 9824 | BLUEBERRY LABEL ING. | | 97,500 | $ | 1,950.00 |
| 9825 | CINN LABEL ING. | | 208,400 | $ | 4,584.80 |
| 9810 | TRAY- NEW PLASTIC 15CT MUFFIN PDM | | 10,060 | $ | 2,012.00 |
| 9811 | SHIPPER- NEW 15CT MUFFIN PDM | | 1,000 | $ | 520.00 |
| 9860 | PDM BAKING CUPS | | 64,500 | $ | 270.90 |
| | | | | | |
| 9820 | APPLE CINN OAT BAR | | 10,000 | $ | 400.00 |
| 9821 | BLUE LEMON OAT BAR | | 10,000 | $ | 400.00 |
| 9822 | CHOC CHIP OAT BAR | | 11,000 | $ | 440.00 |
| 9823 | CRAN ORANG OAT BAR | | 10,000 | $ | 400.00 |
| | | | | | |
| 6804 | PAN LINER HALF SHEET | | 21,000.0 | $ | 84.00 |
| | | | | | |
| 9724 | 4CT- MUFFIN CLAM | | 41,682 | $ | 5,835.48 |
| 6913 | 4CT MUFFIN SHIPPER | | 2,292 | $ | 1,421.04 |
| 6106 | 4CT MUFFIN BAKING CUP | | 186,252 | $ | 968.51 |
| 9851 | BASHAS BLUEBERRY MUFFIN LABEL | | 4,512 | $ | 180.48 |
| 9852 | BASHAS CRANBERRY MUFFIN LABEL | | 7,092 | $ | 283.68 |
| 9853 | BASHAS DOUBLE CHOC MUFFIN LABEL | | 6,684 | $ | 267.36 |
| 9854 | BASHAS BANANA MUFFIN LABEL | | 6,848 | $ | 273.92 |
| 9896 | SMART & FINAL PISTACHO MUFFIN LABEL | | 4,688 | $ | 187.52 |
| | | | | | |
| 9733 | 4CT CUPCAKE CLAM (LINDAR) NEWBERRY | 6 ea | 46,650 | $ | 6,997.50 |
| 6917 | 4CT CUPCAKE NEWBERRY SHIPPER | 1 ea | 675 | $ | 472.50 |
| 6305 | 4CT CUPCAKE NEWBERRY LABEL SUMMER TIME | 6 ea | 2,000 | $ | 240.00 |
| 9783 | 4CT AUTUM 4 FLAV. NEWBERRY CUPCAKE LABEL | 6 ea | 2,000 | $ | 240.00 |
| | | | | | |
| 9814 | NEW BK SCONE 4PAK SHIPPER | 1 EA | 220 | $ | 143.00 |
| 9815 | NEW BK SCONE TRAY | 4 EA | 1,400 | $ | 308.00 |
| | | | | | |
| | CBS HALF & HALF BROWNIE SLEEVE | | 38,800 | $ | 3,492.00 |
| | | | | | |
| 9908 | TRAY-NEW RANDALLS CUPCAKE 4.0 | | 1,500 | $ | 300.00 |
| 9907 | MASTER- NEW RANDALLS CUPCAKE 4.0 | | 550 | $ | 374.00 |
| 9904 | CUP- NEW RANDALLS CUPCAKE 4.0 | | 65,300 | $ | 254.67 |
| | | | | | |
| 9906 | TRAY-NEW RANDALLS CUPCAKE 1.25 | | 4,450 | $ | 934.50 |
| 9905 | MASTER- NEW RANDALLS CUPCAKE 1.25 | | 1,150 | $ | 782.00 |

| Code | Description | Qty | | Amount |
|---|---|---|---|---|
| 9900 | NEW BROWNIES -CLAMSHELL 2pk - BLACK BASE/CLEAR LID | 13,640 | $ | 3,000.80 |
| 9915 | NEW BROWNIIE- MASTER TONYS/AWG | 1,357 | $ | 922.76 |
| | LABEL-BROOKIE BROWNIE TONY/AWG | 14296.00 | $ | 714.80 |
| | LABEL-FUDGE ICED BROWNIE TONY/AWG | 12784.00 | $ | 639.20 |
| | LABEL-CREAM CHEESE BROWNIE TONY AWG | 12052.00 | $ | 602.60 |
| | LABEL-PNB BROWNIE TONY/AWG | 14668.00 | $ | 733.40 |
| | LABEL-TURTLE BROWNIE TONY/AWG | 15688.00 | $ | 784.40 |
| | LABEL-CARAMEL BROWNIE TONY/AWG | 18556.00 | $ | 927.80 |
| | LABEL-SNICKERS BROWNIE AWG | 0.00 | $ | - |
| | | | | |
| | | | | |
| 6411 | LABEL-ALDI CRM CHEESE BROWNIE | 15,883 | $ | 794.15 |
| 6412 | LABEL-ALDI FUDGE BROWNIE | 13,083 | $ | 654.15 |
| 6414 | LABEL-ALDI PNB BROWNIE | 4,575 | $ | 228.75 |
| 6413 | LABEL-ALDI RED VELVET BROWNIE | 5,490 | $ | 274.50 |
| 9762 | LABEL-ALDI BROOKIE BROWNIE | 6,224 | $ | 311.20 |
| 9763 | ALDI BROOKIE BROWNIE LID | 741 | | |
| 9764 | ALDI BROOKIE BROWNIE SHIPPER | 600 | | |
| | | | | |
| 9812 | Label-Super Store Brookie Brownie/State Bros | 14,232 | $ | 853.92 |
| 9813 | Label-Super Store Peanut Butter Bro/State Bros | 20,008 | | 1000.4 |
| 9838 | Label-NWB fudge Brownie | 10,500 | $ | 525.00 |
| 9850 | SHIPPER PUBLIX BROWNIES | 1,305 | $ | 1,030.95 |
| | | | | |
| 9725 | CLAMSHELL- SINGLE SERVE (LINDAR) | 3,846 | $ | 1,076.88 |
| 9732 | SINGLE SERVE SHIPPER | 0 | | |
| 9777 | NEW PEANUT BUTTER SINGLE SERVE | 5,000 | $ | 250.00 |
| 9778 | NEW BLACK CUPCAKE SINGLE SERVE MIDNIGHT FUDGE | 2,632 | $ | 131.60 |
| 9779 | NEW HAPPY BIRTHDAY CUPCAKE SINGLE SERVE | 1,472 | $ | 73.60 |
| 9780 | NEW REDVELVET CUPCAKE SINGLE SERVE | 11,324 | $ | 566.20 |
| 6381 | SS RED VELVET BOTTOM | 17,576 | $ | 878.80 |
| 6382 | SS RED VELVET TOP | 17,576 | $ | 878.80 |
| 6383 | SS PNB BOTTOM | 17,516 | $ | 875.80 |
| 6384 | SS PNB TOP | 17,516 | $ | 875.80 |
| 6389 | SS BLACK OUT BOTTOM | 18,004 | $ | 900.20 |
| 6390 | SS BLACK OUT TOP | 18,004 | $ | 900.20 |
| 6391 | SS CARROT BOTTOM | 17,672 | $ | 883.60 |
| 6392 | SS CARROT TOP | 17,672 | $ | 883.60 |
| 6387 | HAPPPY B-DAY BOTTOM | 18,308 | $ | 915.40 |
| 6388 | HAPPPY B-DAY TOP | 17,308 | $ | 865.40 |
| | | | | |
| 6802 | PAPER COOKIE 6.25 x 6.25 | 23,235 | $ | 697.05 |
| 6024 | POLY BAGS 24x24 COOKIE BAG | 770 | $ | 46.20 |
| 6957 | SHIPPER COOKIE BOX 12x12x3 | 140 | $ | 86.80 |
| | | | | |
| 9657 | LIDS, 12CT CRUMBS "COASTAL" | 30,190 | $ | 1,207.60 |
| 9658 | TRAYS, 12CT CRUMBS "COASTAL" | 25,000 | $ | 1,500.00 |
| 6096 | CUPS CLASSIC CUPAKE CRUMBS | 10,000 | $ | 21.00 |
| 6314 | COSTCO BILINGUAL LABELS CUPCAKE TRIO | 7,970 | $ | 398.50 |
| 9621 | NEWBERRY STUFFED BROOKIE SLEEVE | 37,200 | $ | 5,952.00 |
| | | | | |
| | | TOTAL | $ | 76,506.86 |

# Schedule A/B 39

# Coastal Foods, Inc.
## Fixed Asset Schedule - Furniture & Fixtures

| G/L # 15000 Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|
| 5 | Furniture & Fixtures | S/L | 7 | 6/1/1993 | 14,259.00 | 14,259.00 | - | 14,259.00 |
| 6 | Office Furniture | S/L | 7 | 3/30/1999 | 3,128.00 | 3,128.00 | - | 3,128.00 |
| 7 | Side Chair (Am) | S/L | 7 | 1/24/1996 | 281.23 | 281.23 | - | 281.23 |
| 307 | Drafting Table & Chair | S/L | 5 | 4/9/2003 | 390.78 | 390.78 | - | 390.78 |
| 308 | Lunch Room Furniture | S/L | 5 | 4/1/2003 | 4,771.65 | 4,771.65 | - | 4,771.65 |
| 623 | Workstations (Hoffer Furniture) | S/L | 5 | 9/8/2015 | 2,246.19 | 561.55 | 449.24 | 1,010.79 |
| 624 | Charis (Hoffer Furniture) | S/L | 5 | 9/17/2015 | 797.80 | 199.45 | 159.56 | 359.01 |
| 625 | Credenza (Discover) | S/L | 5 | 10/5/2015 | 1,045.50 | 243.95 | 209.10 | 453.05 |
| 626 | Executive Desk & Chair (Hoffer Fu | S/L | 5 | 10/8/2015 | 3,631.35 | 330.15 | 209.10 | 539.25 |
| 658 | Furniture for 3rd Office | S/L | 5 | 1/27/2016 | 1,500.00 | 275.00 | 209.10 | 484.10 |
|  | Side Chair (Am) | S/L | 5 | 11/12/2016 | 1,515.48 | 25.26 | 303.10 | 328.35 |
| **Total Furniture & Fixtures** |  |  |  |  | **$ 33,566.98** | **$ 24,466.01** | **$ 1,539.19** | **$ 26,005.20** |

# Schedule A/B 41

# Coastal Foods, Inc.
## Fixed Asset Schedule - Office Equipment

G/L # 15100

| Asset | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|
| 16 | Datatronics Computer System | S/L | 5 | 3/30/1999 | 2,951.52 | 2,951.52 | - | 2,951.52 |
| 17 | Datatronics Computer System | S/L | 5 | 4/19/1999 | 5,835.76 | 5,835.76 | - | 5,835.76 |
| 18 | Datatronics Computer System | S/L | 5 | 9/29/1999 | 3,163.07 | 3,163.07 | - | 3,163.07 |
| 19 | Datapax AR & Inv Package | S/L | 5 | 12/31/2000 | 3,701.40 | 3,701.40 | - | 3,701.40 |
| 418 | Office Equipment | S/L | 5 | 9/29/2005 | 2,814.50 | 2,814.50 | - | 2,814.50 |
| 440 | Copier | S/L | 5 | 5/31/2010 | 6,802.25 | 6,802.25 | - | 6,802.25 |
| 470 | Phone System (Root Consult) | S/L | 5 | 1/19/2012 | 11,036.58 | 10,852.64 | 183.94 | 11,036.58 |
| 471 | Security Cameras (Traxsales) | S/L | 5 | 6/25/2012 | 7,457.00 | 6,835.58 | 621.42 | 7,457.00 |
| | **Total Office Equipment** | | | | $ 43,762.08 | $ 42,956.72 | $ 805.36 | $ 43,762.08 |

# Coastal Foods, Inc.
## Fixed Asset Schedule - Computer Inventory Listing

| Asset ID | Property Description | Serial # | Model # | Product Key # |
|---|---|---|---|---|
| Server | Windows XP Home Edition | 00043-476-430-495 | NO9-00319 | DKX4Y-8JM8Y-MZW4Q-Z3H73-M 39X8 |
| Receptionist | HP Pavillion Premium QA | MX821100K | QW699AAR#ABA | MGK9K-G36G3-Y3DRV-RX8YB-MD3J9 |
| Purchasing | HP Pavillion Series | 3CR2280CXX | P7-1234 | H2M80AA#ABA |
| Accts Payable | Windows 7 Pro QA | ZIQNHCK8405691M | QJ5VWM | WXOTW-74JRA-JK2DB-GQFHT-DM83F |
| Logistics | Windows XP Media Center Edition 2005 | CLP69 710 07922 | Gateway GM 5260 | 72-720-10899-84 |
| Accounting | HP | MX32360S5Z | P7-1414 | H3Y99AAR#ABA |
| Executive | HP Pavillion P6000 Series | 4CEO46014HW | P67 10F | BV530HA#ABA |
| Executive | Dell Inspirion One 2205 | 00196-147-570-982 | Dell 2205 | 3887G-GFW78-899YF-FRBXJ-HD6JX |
| Human Resources | Windows 7 Home Premium QA | 00196-165-725-929 | X16-96072 | GDGV7-9QHVJ-3TM8Q |
| Maintenance | Windows 7 Pro QA | 00186-094-492-425 | X16-96076 | TWVKP-4MJBG-WMWJR-28QTP-JFHFW |
| Maintenance | Windows 7 Home Premium QA | 00196-156-356-781 | X16-96072 | GWQVJ-W6W3M-964WR |
| Production | Windows XP Media Center Edition 2005 | CCE69 11005087 | Gateway GT 5228 | TG9D4-X3TMX-PFWHK-FTXJT-6P22G |
| Warehouse | Windows 7 Home Premium QA | 00196-188-473-046 | X16-96072 | VTR7V-8GI63-RJM8K-JDY8H-4F667 |
| Warehouse | Windows 7 Home Premium QA | 00196-222-352-765 | DX4860 | GRPFD-HCVDM-4BD2T-FBWBW-29CPJ |
| Quality Assurance | Dell Inspirion | 17D2VX1 | | |
| Quality Assurance | Windows 7 Home Premium QA | 00196-222-352-790 | DX4860 | V8GPY-379G9-JYY9D-4QCGC-J7GJV |
| QA Lab | HP Laptop | 00196-137-786895 | HP584037-001 | GKPCF-TTHDY-BK6J6-DBP6D-G28WKX16-96072 |
| Research & Develop | Windows 7 Home Premium QA | 00196-145-442-658 | EL1850 | YQHXC-DPMX3-K8R87-3TYQ3-QQ9FP |

Server
Nancy
Kevin
Mercedes
Veronica
Linda
Bill
Juan
Janice
Johnny
Kaylyn
Nino
Mark
Alfredo
Paulina
Michelle
N/A
Ford

# Schedule A/B 50

# Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Freezer Addition | S/L | 12 | 10/1/1991 | 20,853.00 | 20,853.00 | 20,853.00 | - | 20,853.00 |
| 35 | Refrigeration Equipment-OK | S/L | 12 | 2/1/1993 | 150,002.00 | 150,002.00 | 150,002.00 | - | 150,002.00 |
| 44 | Mechanical Equipment | S/L | 12 | 8/1/1993 | 1,780.00 | 1,780.00 | 1,780.00 | - | 1,780.00 |
| 45 | Big Freezer Unit | S/L | 12 | 9/1/1993 | 12,601.00 | 12,601.00 | 12,601.00 | - | 12,601.00 |
| 47 | Bearing | S/L | 12 | 12/1/1993 | 230,543.00 | 230,543.00 | 230,543.00 | - | 230,543.00 |
| 50 | Redamaker | S/L | 12 | 2/1/1994 | 5,710.00 | 5,710.00 | 5,710.00 | - | 5,710.00 |
| 52 | Big Freezer Unit #1 | S/L | 12 | 3/1/1991 | 237,731.00 | 237,731.00 | 237,731.00 | - | 237,731.00 |
| 57 | Electrical Hook Up | S/L | 12 | 7/1/1994 | 526.00 | 526.00 | 526.00 | - | 526.00 |
| 58 | Powers Hydraulic | S/L | 12 | 7/1/1994 | 3,681.00 | 3,681.00 | 3,681.00 | - | 3,681.00 |
| 59 | 1994 Additions-OK | S/L | 12 | 8/1/1994 | 10,392.00 | 10,392.00 | 10,392.00 | - | 10,392.00 |
| 60 | Heater Rings | S/L | 12 | 8/1/1994 | 159.00 | 159.00 | 159.00 | - | 159.00 |
| 61 | Dock Levelor | S/L | 12 | 8/1/1994 | 2,165.00 | 2,165.00 | 2,165.00 | - | 2,165.00 |
| 62 | Freezer Cost | S/L | 12 | 8/1/1994 | 5,875.33 | 5,875.33 | 5,875.33 | - | 5,875.33 |
| 63 | Southwest Refrig | S/L | 12 | 8/1/1994 | 1,828.00 | 1,828.00 | 1,828.00 | - | 1,828.00 |
| 64 | Bun Pans | S/L | 12 | 9/1/1994 | 8,696.00 | 8,696.00 | 8,696.00 | - | 8,696.00 |
| 65 | Racks | S/L | 12 | 9/1/1994 | 8,988.00 | 8,988.00 | 8,988.00 | - | 8,988.00 |
| 75 | Evaporator Conditioner | S/L | 12 | 12/1/1994 | 9,767.00 | 9,767.00 | 9,767.00 | - | 9,767.00 |
| 86 | Docker Pad Assembly | S/L | 12 | 2/1/1995 | 1,234.00 | 1,234.00 | 1,234.00 | - | 1,234.00 |
| 87 | Amonia Pump | S/L | 12 | 3/1/1995 | 9,344.00 | 9,344.00 | 9,344.00 | - | 9,344.00 |
| 88 | Flour Hopper | S/L | 12 | 3/1/1995 | 284.00 | 284.00 | 284.00 | - | 284.00 |
| 91 | Oil Cooler | S/L | 12 | 3/1/1995 | 3,789.00 | 3,789.00 | 3,789.00 | - | 3,789.00 |
| 92 | Rademaker Skeet | S/L | 12 | 4/1/1995 | 475,700.00 | 475,700.00 | 475,700.00 | - | 475,700.00 |
| 93 | Time Clock | S/L | 12 | 4/1/1995 | 1,636.00 | 1,636.00 | 1,636.00 | - | 1,636.00 |
| 94 | Bowl Dump | S/L | 12 | 5/1/1995 | 17,500.00 | 17,500.00 | 17,500.00 | - | 17,500.00 |
| 109 | Mixer-Autofex P | S/L | 12 | 8/1/1995 | 22,500.00 | 22,500.00 | 22,500.00 | - | 22,500.00 |
| 110 | Mixer-Autofex P | S/L | 12 | 8/1/1995 | 910.00 | 910.00 | 910.00 | - | 910.00 |
| 111 | 4 Tables & Cast | S/L | 12 | 8/1/1995 | 1,146.00 | 1,146.00 | 1,146.00 | - | 1,146.00 |
| 116 | RWB II Micro Pa | S/L | 12 | 9/1/1995 | 5,563.00 | 5,563.00 | 5,563.00 | - | 5,563.00 |
| 118 | Conveyor-Fab & | S/L | 12 | 9/1/1995 | 2,117.00 | 2,117.00 | 2,117.00 | - | 2,117.00 |
| 119 | Conveyor-15" Fl | S/L | 12 | 9/1/1995 | 4,774.00 | 4,774.00 | 4,774.00 | - | 4,774.00 |
| 120 | Conveyor Belt | S/L | 12 | 9/1/1995 | 2,079.00 | 2,079.00 | 2,079.00 | - | 2,079.00 |
| 128 | Conveyor Frames | S/L | 12 | 11/1/1995 | 1,267.00 | 1,267.00 | 1,267.00 | - | 1,267.00 |
| 129 | Bowl Gear - 12 & | S/L | 12 | 11/1/1995 | 2,750.00 | 2,750.00 | 2,750.00 | - | 2,750.00 |
| 130 | Bowl Gear - 12 Ho | S/L | 12 | 11/1/1995 | 2,223.00 | 2,223.00 | 2,223.00 | - | 2,223.00 |

# Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 131 | Ingredient Bin | S/L | 12 | 11/1/1995 | 182.00 | 182.00 | 182.00 | - | 182.00 |
| 132 | Bowl Gear 12 Ho | S/L | 12 | 11/1/1995 | 2,110.00 | 2,110.00 | 2,110.00 | - | 2,110.00 |
| 133 | Cutter for Trio | S/L | 12 | 11/1/1995 | 2,617.00 | 2,617.00 | 2,617.00 | - | 2,617.00 |
| 134 | Pump & 3" Strainer | S/L | 12 | 11/1/1995 | 6,123.00 | 6,123.00 | 6,123.00 | - | 6,123.00 |
| 135 | Forklift Rent | S/L | 5 | 12/1/1995 | 23,928.00 | 23,928.00 | 23,928.00 | - | 23,928.00 |
| 150 | Metal Detector | S/L | 7 | 3/15/1996 | 16,995.00 | 16,995.00 | 16,995.00 | - | 16,995.00 |
| 151 | Flour Silo (Pre | S/L | 12 | 3/15/1996 | 170,486.16 | 170,486.16 | 170,486.16 | - | 170,486.16 |
| 161 | Chiller | S/L | 7 | 5/15/1996 | 24,882.37 | 24,882.37 | 24,882.37 | - | 24,882.37 |
| 162 | Water Softener System | S/L | 12 | 5/15/1996 | 3,483.62 | 3,483.62 | 3,483.62 | - | 3,483.62 |
| 163 | "H" Style Dolly | S/L | 12 | 5/21/1996 | 292.20 | 292.20 | 292.20 | - | 292.20 |
| 165 | Rykaart Pie Shell | S/L | 12 | 6/15/1996 | 250,769.76 | 250,769.76 | 250,769.76 | - | 250,769.76 |
| 166 | Rykaart Hand Whe | S/L | 12 | 6/20/1996 | 1,617.72 | 1,617.72 | 1,617.72 | - | 1,617.72 |
| 167 | Abbott Scale | S/L | 12 | 7/17/1996 | 761.72 | 761.72 | 761.72 | - | 761.72 |
| 169 | Rykaart Stacker | S/L | 12 | 8/15/1996 | 178,300.00 | 178,300.00 | 178,300.00 | - | 178,300.00 |
| 170 | Abbott Scale | S/L | 12 | 8/22/1996 | 794.56 | 794.56 | 794.56 | - | 794.56 |
| 175 | Rebuilt Mixer & | S/L | 12 | 10/15/1996 | 28,775.00 | 28,775.00 | 28,775.00 | - | 28,775.00 |
| 176 | Rykaart | S/L | 12 | 10/30/1996 | 2,100.00 | 2,100.00 | 2,100.00 | - | 2,100.00 |
| 183 | Tunnel Oven-Bak | S/L | 12 | 3/1/1997 | 8,711.69 | 8,711.69 | 8,711.69 | - | 8,711.69 |
| 191 | Comas Depositor | S/L | 12 | 6/1/1997 | 57,500.00 | 57,500.00 | 57,500.00 | - | 57,500.00 |
| 192 | Mixing Systems | S/L | 12 | 6/1/1997 | 46,180.17 | 46,180.17 | 46,180.17 | - | 46,180.17 |
| 193 | Dough Depositor | S/L | 12 | 7/1/1997 | 164,400.00 | 164,400.00 | 164,400.00 | - | 164,400.00 |
| 209 | Fujitetsumo Spi | S/L | 12 | 1/12/2000 | 132,000.00 | 132,000.00 | 132,000.00 | - | 132,000.00 |
| 210 | Infeed Roller | S/L | 12 | 1/14/2000 | 24,547.00 | 24,547.00 | 24,547.00 | - | 24,547.00 |
| 211 | Electric Eye Kit | S/L | 12 | 1/19/2000 | 7,023.15 | 7,023.15 | 7,023.15 | - | 7,023.15 |
| 212 | DoBoy Packager | S/L | 12 | 2/15/2000 | 5,363.40 | 5,363.40 | 5,363.40 | - | 5,363.40 |
| 213 | Engravings & ru | S/L | 12 | 10/20/2000 | 4,580.00 | 4,580.00 | 4,580.00 | - | 4,580.00 |
| 220 | Groen Steam Kettle | S/L | 12 | 3/19/2001 | 5,000.00 | 5,000.00 | 5,000.00 | - | 5,000.00 |
| 223 | 200 Gal. Mixing | S/L | 12 | 5/8/2001 | 10,000.00 | 10,000.00 | 10,000.00 | - | 10,000.00 |
| 224 | Fulton Steam Bo | S/L | 12 | 5/9/2001 | 14,000.00 | 14,000.00 | 14,000.00 | - | 14,000.00 |
| 225 | Power Washer | S/L | 12 | 5/14/2001 | 1,069.28 | 1,069.28 | 1,069.28 | - | 1,069.28 |
| 276 | Quincy Air Compressor | S/L | 12 | 4/9/2002 | 10,303.18 | 10,303.18 | 10,303.18 | - | 10,303.18 |
| 277 | Spiral Belt Par | S/L | 5 | 5/3/2002 | 3,781.86 | 3,781.86 | 3,781.86 | - | 3,781.86 |
| 278 | Horizontal Wrapper | S/L | 12 | 5/15/2002 | 22,167.96 | 22,167.96 | 22,167.96 | - | 22,167.96 |
| 279 | Dust Collector | S/L | 12 | 5/17/2002 | 9,295.04 | 9,295.04 | 9,295.04 | - | 9,295.04 |

## Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 280 | 4" Vega Cutoff Assembly | S/L | 7 | 7/1/2002 | 3,760.02 | 3,760.02 | 3,760.02 | - | 3,760.02 |
| 281 | Breathing Equipment | S/L | 12 | 7/11/2002 | 5,408.06 | 5,408.06 | 5,408.06 | - | 5,408.06 |
| 282 | Dough Scraper B | S/L | 7 | 8/4/2002 | 3,400.00 | 3,400.00 | 3,400.00 | - | 3,400.00 |
| 283 | Multi-Station Hand Sink | S/L | 7 | 8/8/2002 | 3,690.47 | 3,690.47 | 3,690.47 | - | 3,690.47 |
| 284 | Weigh-Tronix Scales | S/L | 12 | 8/16/2002 | 1,640.15 | 1,640.15 | 1,640.15 | - | 1,640.15 |
| 285 | Excalibur Auto Bowl | S/L | 12 | 9/3/2002 | 11,467.09 | 11,467.09 | 11,467.09 | - | 11,467.09 |
| 286 | Guillotine/Knives | S/L | 5 | 9/6/2002 | 6,062.29 | 6,062.29 | 6,062.29 | - | 6,062.29 |
| 287 | Forming Plow | S/L | 12 | 10/24/2002 | 1,494.30 | 1,494.30 | 1,494.30 | - | 1,494.30 |
| 288 | Scone Wire Cutoff | S/L | 7 | 5/3/2002 | 3,175.00 | 3,175.00 | 3,175.00 | - | 3,175.00 |
| 289 | Crust Crimper | S/L | 12 | 1/20/2003 | 1,306.72 | 1,306.72 | 1,306.72 | - | 1,306.72 |
| 292 | RincEurope-Crust | S/L | 12 | 1/15/2003 | 17,872.50 | 17,872.50 | 17,872.50 | - | 17,872.50 |
| 295 | Fire Extinguisher | S/L | 5 | 2/11/2003 | 533.55 | 533.55 | 533.55 | - | 533.55 |
| 296 | Label Maker | S/L | 12 | 2/25/2003 | 1,153.37 | 1,153.37 | 1,153.37 | - | 1,153.37 |
| 297 | Wood Slats for Racks | S/L | 12 | 2/26/2003 | 2,117.57 | 2,117.57 | 2,117.57 | - | 2,117.57 |
| 298 | Storage Racks-N | S/L | 12 | 2/21/2003 | 29,130.73 | 29,130.73 | 29,130.73 | - | 29,130.73 |
| 300 | Sink | S/L | 12 | 3/25/2003 | 1,070.35 | 1,070.35 | 1,070.35 | - | 1,070.35 |
| 301 | Rademaker Sheet | S/L | 12 | 3/31/2003 | 175,000.00 | 164,305.58 | 175,000.00 | - | 175,000.00 |
| 309 | Rademaker Sheet | S/L | 12 | 4/1/2003 | 1,800.00 | 1,800.00 | 1,800.00 | - | 1,800.00 |
| 310 | 800m-4" Muffin Pans | S/L | 12 | 4/1/2003 | 23,920.00 | 23,920.00 | 23,920.00 | - | 23,920.00 |
| 311 | New Freezer (p | S/L | 12 | 4/1/2003 | 61,000.00 | 56,933.36 | 61,000.00 | - | 61,000.00 |
| 312 | Electrical work-New Freezer | S/L | 12 | 4/2/2003 | 15,453.83 | 14,423.61 | 15,453.83 | - | 15,453.83 |
| 313 | Flexion Barrel | S/L | | 4/4/2003 | 750.65 | 750.65 | 750.65 | - | 750.65 |
| 314 | Oven Conversion for Pizza | S/L | 12 | 4/9/2003 | 4,375.00 | 4,375.00 | 4,375.00 | - | 4,375.00 |
| 315 | 3-HP Pumps for Water | S/L | 7 | 4/9/2003 | 5,506.00 | 5,506.00 | 5,506.00 | - | 5,506.00 |
| 321 | New Freezer Change Order | S/L | 15 | 5/1/2003 | 1,780.00 | 1,503.13 | 1,621.80 | 118.67 | 1,740.47 |
| 322 | York A/C Unit | S/L | 12 | 5/12/2003 | 2,145.00 | 2,145.00 | 2,145.00 | - | 2,145.00 |
| 325 | 4 Artoflex SS mi | S/L | 12 | 5/20/2003 | 8,500.00 | 8,500.00 | 8,500.00 | - | 8,500.00 |
| 327 | Oven Retro Fit | S/L | 12 | 5/28/2003 | 1,179.00 | 1,179.00 | 1,179.00 | - | 1,179.00 |
| 332 | Oven Shelves | S/L | 7 | 6/5/2003 | 286.88 | 286.88 | 286.88 | - | 286.88 |
| 333 | Perf. Sheets ov | S/L | 7 | 6/2/2003 | 733.13 | 733.13 | 733.13 | - | 733.13 |
| 334 | Part-Cooling Tower | S/L | 12 | 6/10/2003 | 877.54 | 877.54 | 877.54 | - | 877.54 |
| 335 | Baldor Motor | S/L | 7 | 6/12/2003 | 1,303.09 | 1,303.09 | 1,303.09 | - | 1,303.09 |
| 336 | Strip Curtain | S/L | 7 | 6/12/2003 | 775.00 | 775.00 | 775.00 | - | 775.00 |
| 337 | Weld Metal to Oven Racks | S/L | 7 | 6/19/2003 | 9,040.00 | 9,040.00 | 9,040.00 | - | 9,040.00 |

# Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 341 | Rijkaart Curst | S/L | 12 | 7/1/2003 | 14,298.00 | 14,298.00 | 14,298.00 | - | 14,298.00 |
| 342 | Piping for New Freezer | S/L | 15 | 7/1/2003 | 490.62 | 490.62 | 490.62 | - | 490.62 |
| 343 | Piping for New Freezer | S/L | 15 | 7/9/2003 | 492.81 | 492.81 | 492.81 | - | 492.81 |
| 345 | Endless PU Belt | S/L | 7 | 7/3/2003 | 818.74 | 818.74 | 818.74 | - | 818.74 |
| 348 | Racks for New Freezer | S/L | 12 | 7/28/2003 | 12,275.55 | 12,275.55 | 12,275.55 | - | 12,275.55 |
| 349 | Laughlin Conveyor | S/L | 12 | 7/29/2003 | 66,592.00 | 66,592.00 | 66,592.00 | - | 66,592.00 |
| 356 | A/C Unti & Brace | S/L | 12 | 8/6/2003 | 1,284.41 | 1,284.41 | 1,284.41 | - | 1,284.41 |
| 357 | Thermal Seal Kit | S/L | 7 | 8/13/2003 | 3,231.25 | 3,231.25 | 3,231.25 | - | 3,231.25 |
| 358 | Sheeting Line | S/L | 12 | 8/27/2003 | 944.93 | 944.93 | 944.93 | - | 944.93 |
| 359 | Sheeting Line-p | S/L | 12 | 9/1/2003 | 9,938.03 | 9,938.03 | 9,938.03 | - | 9,938.03 |
| 361 | Coding Inkjet Printer | S/L | 7 | 9/4/2003 | 1,556.76 | 1,556.76 | 1,556.76 | - | 1,556.76 |
| 369 | Computer Cart-Production | S/L | 5 | 11/21/2003 | 352.69 | 352.69 | 352.69 | - | 352.69 |
| 370 | Ink Assembly | S/L | 5 | 11/25/2003 | 584.02 | 584.02 | 584.02 | - | 584.02 |
| 371 | 17" Pizza Cutter | S/L | 3 | 11/25/2003 | 5,126.00 | 5,126.00 | 5,126.00 | - | 5,126.00 |
| 377 | Add to Pizza Conveyor | S/L | 12 | 12/22/2003 | 1,050.00 | 1,050.00 | 1,050.00 | - | 1,050.00 |
| 389 | MicroBoard | S/L | 5 | 2/3/2004 | 2,851.80 | 2,832.00 | 2,851.80 | - | 2,851.80 |
| 391 | 10"x3" Cheese Cake Pans | S/L | 5 | 2/25/2004 | 3,352.00 | 3,352.00 | 3,352.00 | - | 3,352.00 |
| 395 | Ateledyne Heat Exchanger | S/L | 7 | 3/8/2004 | 1,138.00 | 1,138.00 | 1,138.00 | - | 1,138.00 |
| 396 | Ammonia Repiping & Replacement | S/L | 12 | 3/19/2004 | 1,675.00 | 1,640.09 | 1,675.00 | - | 1,675.00 |
| 398 | 2 Freezer Conveyor | S/L | 7 | 3/31/2004 | 24,690.00 | 24,690.00 | 24,690.00 | - | 24,690.00 |
| 400 | Injector-tres leches | S/L | 5 | 4/12/2004 | 2,500.00 | 2,500.00 | 2,500.00 | - | 2,500.00 |
| 401 | Conveyor-Freezer Discharge Repair | S/L | 5 | 4/15/2004 | 575.00 | 575.00 | 575.00 | - | 575.00 |
| 402 | Repair of Comas Injection Assembly | S/L | 5 | 4/20/2004 | 525.00 | 525.00 | 525.00 | - | 525.00 |
| 403 | Freezer Rotary Switch/cab Replacement | S/L | 5 | 4/23/2004 | 658.45 | 658.45 | 658.45 | - | 658.45 |
| 406 | Refrigerator Motor Repair | S/L | 5 | 3/5/2004 | 7,735.39 | 7,735.39 | 7,735.39 | - | 7,735.39 |
| 409 | Transformer | S/L | 5 | 8/30/2004 | 37,973.00 | 37,973.00 | 37,973.00 | - | 37,973.00 |
| 411 | 2 Compressors | S/L | 7 | 10/12/2004 | 33,557.50 | 33,557.50 | 33,557.50 | - | 33,557.50 |
| 413 | Horizontal Forming Unit | S/L | 7 | 10/14/2004 | 3,230.00 | 3,230.00 | 3,230.00 | - | 3,230.00 |
| 415 | 2-1/2 Cutter | S/L | 5 | 11/12/2004 | 4,213.70 | 4,213.70 | 4,213.70 | - | 4,213.70 |
| 419 | Equipment | S/L | 7 | 4/25/2005 | 3,800.00 | 3,800.00 | 3,800.00 | - | 3,800.00 |
| 420 | Equipment | S/L | 7 | 4/26/2005 | 6,900.00 | 6,900.00 | 6,900.00 | - | 6,900.00 |
| 421 | Equipment | S/L | 7 | 8/12/2005 | 3,946.00 | 3,946.00 | 3,946.00 | - | 3,946.00 |
| 422 | Equipment | S/L | 7 | 8/16/2005 | 3,995.51 | 3,995.51 | 3,995.51 | - | 3,995.51 |
| 423 | Equipment | S/L | 7 | 9/9/2005 | 14,000.00 | 14,000.00 | 14,000.00 | - | 14,000.00 |

## Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 424 | Equipment | S/L | 7 | 11/23/2005 | 4,017.00 | 4,017.00 | 4,017.00 | - | 4,017.00 |
| 425 | Equipment | S/L | 7 | 12/12/2005 | 3,375.00 | 3,375.00 | 3,375.00 | - | 3,375.00 |
| 426 | Equipment | S/L | 7 | 12/23/2005 | 2,425.00 | 2,425.00 | 2,425.00 | - | 2,425.00 |
| 427 | Series 1500 Auto. Packing Machine | S/L | 7 | 2/7/2006 | 37,985.00 | 37,985.00 | 37,985.00 | - | 37,985.00 |
| 429 | Equipment | S/L | 7 | 9/1/2006 | 31,873.50 | 31,873.50 | 31,873.50 | - | 31,873.50 |
| 430 | Equipment | S/L | 7 | 9/1/2006 | 45,075.00 | 45,075.00 | 45,075.00 | - | 45,075.00 |
| 431 | Equipment | S/L | 7 | 9/1/2006 | 32,456.00 | 32,456.00 | 32,456.00 | - | 32,456.00 |
| 432 | Equipment | S/L | 7 | 1/1/2006 | 17,057.50 | 17,057.50 | 17,057.50 | - | 17,057.50 |
| 433 | Machinery | S/L | 7 | 6/15/2007 | 28,871.94 | 28,871.94 | 28,871.94 | - | 28,871.94 |
| 434 | Equipment | S/L | 5 | 12/31/2009 | 15,682.30 | 15,682.30 | 15,682.30 | - | 15,682.30 |
| 441 | Plastic Cutter | S/L | 5 | 4/22/2010 | 3,662.00 | 3,662.00 | 3,662.00 | - | 3,662.00 |
| 442 | Stringer (Woody Assoc) | S/L | 5 | 6/3/2010 | 34,630.88 | 34,630.88 | 34,630.88 | - | 34,630.88 |
| 443 | Packaging Unit (Campell) | S/L | 5 | 6/16/2010 | 135,512.00 | 135,512.00 | 135,512.00 | - | 135,512.00 |
| 444 | Cutter/Slicer (Food Tools) | S/L | 5 | 6/16/2010 | 104,700.00 | 104,700.00 | 104,700.00 | - | 104,700.00 |
| 445 | Plate-Formax Machine | S/L | 5 | 7/1/2010 | 5,557.77 | 5,557.77 | 5,557.77 | - | 5,557.77 |
| 446 | Label Printer | S/L | 5 | 8/3/2010 | 12,676.13 | 12,676.13 | 12,676.13 | - | 12,676.13 |
| 447 | Additional Door | S/L | 7 | 9/17/2010 | 17,656.20 | 13,242.15 | 15,764.47 | 1,891.73 | 17,656.20 |
| 448 | 40 Racks (GMK Enterprises) | S/L | 10 | 9/28/2010 | 9,626.00 | 5,053.65 | 6,016.25 | 962.60 | 6,978.85 |
| 449 | New Compressor(Danmar Industries) | S/L | 5 | 2/21/2011 | 10,057.91 | 6,944.75 | 8,381.59 | 1,436.84 | 9,818.44 |
| 450 | New Oven (Various Vendors) | S/L | 10 | 12/26/2011 | 545,951.41 | 222,930.16 | 277,525.30 | 54,595.14 | 332,120.44 |
| 451 | 8 Manifolds (Comas) | S/L | 5 | 4/28/2011 | 9,435.00 | 8,648.75 | 9,435.00 | - | 9,435.00 |
| 452 | Process Controls (Perry Scale Co) | S/L | 5 | 7/27/2011 | 3,842.88 | 3,394.54 | 3,842.88 | - | 3,842.88 |
| 453 | Metal Detector (Mettler-Toledo Scale) | S/L | 7 | 11/24/2011 | 33,296.08 | 19,422.71 | 24,179.30 | 4,756.58 | 28,935.88 |
| 454 | Hygiene Monitor | S/L | 5 | 7/19/2011 | 2,624.63 | 2,318.42 | 2,624.63 | - | 2,624.63 |
| 455 | Mixer & Mixing Bowls (Various) | S/L | 5 | 12/7/2011 | 84,087.57 | 67,270.06 | 84,087.57 | - | 84,087.57 |
| 456 | New Forklift (Toyota Financial) | S/L | 7 | 10/18/2011 | 4,243.40 | 2,475.32 | 3,081.52 | 606.20 | 3,687.72 |
| 457 | Stretch Wrap Machine HiLight (Global) | S/L | 10 | 11/29/2011 | 12,889.55 | 5,263.23 | 6,552.19 | 1,288.96 | 7,841.14 |
| 458 | Repair Dough Line - Rondo (Tauber-Aaron | S/L | 10 | 11/15/2011 | 177,701.30 | 72,561.36 | 90,331.49 | 17,770.13 | 108,101.62 |
| 459 | Icing Depositor (Unifiller Systems) | S/L | 5 | 3/30/2011 | 6,528.52 | 6,093.29 | 6,528.52 | - | 6,528.52 |
| 460 | Racks & Racking (So Perfection/AIM) | S/L | 5 | 11/15/2011 | 19,225.00 | 15,700.42 | 19,225.00 | - | 19,225.00 |
| 461 | Sheet Pans (GMK Enterprises) | S/L | 5 | 8/17/2011 | 6,000.00 | 5,200.00 | 6,000.00 | - | 6,000.00 |
| 472 | Pie Presses (Slow Dough Bread) | S/L | 5 | 3/1/2012 | 5,000.00 | 3,750.00 | 4,750.00 | 250.00 | 5,000.00 |
| 473 | New Oven (Meftab & T & T Consult) | S/L | 10 | 5/22/2012 | 78,804.07 | 28,238.13 | 36,118.53 | 7,880.41 | 43,998.94 |
| 474 | Sifter (Practical Baker) | S/L | 5 | 3/1/2012 | 4,475.00 | 3,356.25 | 4,251.25 | 223.75 | 4,475.00 |

# Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 475 | Racks & Racking (AIM & So Prefections) | S/L | 5 | 7/20/2012 | 19,545.25 | 13,681.68 | 17,590.73 | 1,954.53 | 19,545.25 |
| 494 | Pump Repair-Ammonia System (EASA) | S/L | 5 | 1/5/2012 | 6,094.75 | 4,266.33 | 5,485.28 | 609.48 | 6,094.75 |
| 495 | Comas Depositor Parts for Repairs(Alert T | S/L | 5 | 1/16/2012 | 2,350.00 | 1,840.83 | 2,310.83 | 39.17 | 2,350.00 |
| 496 | New Oven Programming (SMG) | S/L | 5 | 2/14/2012 | 2,100.00 | 1,610.00 | 2,030.00 | 70.00 | 2,100.00 |
| 497 | Old Oven Repair (Energy Services) | S/L | 5 | 2/20/2012 | 4,167.16 | 3,194.82 | 4,028.25 | 138.91 | 4,167.16 |
| 498 | Compressor #3 Replacement (Arin-Air) | S/L | 5 | 3/16/2012 | 2,949.81 | 2,163.19 | 2,753.16 | 196.65 | 2,949.81 |
| 499 | Cooler #2 Compressor Repair (Arin-Air) | S/L | 5 | 5/7/2012 | 1,669.22 | 1,196.27 | 1,530.12 | 139.10 | 1,669.22 |
| 500 | Mix & Bake Condenser Repair (Arin-Air) | S/L | 5 | 5/11/2012 | 1,060.85 | 760.28 | 972.45 | 88.40 | 1,060.85 |
| 501 | Parts for Sugar Strewell Repair (Rademak | S/L | 5 | 5/18/2012 | 1,713.95 | 1,228.33 | 1,571.12 | 142.83 | 1,713.95 |
| 502 | Rebuild Pie Shell Extruder (A&F Texas) | S/L | 5 | 7/13/2012 | 2,238.90 | 1,529.92 | 1,977.70 | 261.21 | 2,238.90 |
| 503 | Maintenance on Shanklin (Pollock) | S/L | 5 | 9/4/2012 | 7,316.63 | 4,755.81 | 6,219.14 | 1,097.49 | 7,316.63 |
| 504 | New Floor Scale (SOS Scale) | S/L | 5 | 9/18/2012 | 3,031.00 | 1,970.15 | 2,576.35 | 454.65 | 3,031.00 |
| 505 | Die & PM for Rondo Line Repair (Rondo, li | S/L | 5 | 9/19/2012 | 10,212.75 | 6,638.29 | 8,680.84 | 1,531.91 | 10,212.75 |
| 506 | Rebuild Cross Roller on Rademaker | S/L | 5 | 10/9/2012 | 5,198.60 | 3,292.45 | 4,332.17 | 866.43 | 5,198.60 |
| 507 | Replace Goodway Mixer Motor (A&F Texa | S/L | 5 | 10/11/2012 | 3,020.18 | 1,912.78 | 2,516.82 | 503.36 | 3,020.18 |
| 508 | Repair & Inspection of Boiler (Fire Power) | S/L | 5 | 10/29/2012 | 12,762.47 | 8,082.90 | 10,635.39 | 2,127.08 | 12,762.47 |
| 509 | Radio's for Plant Personnel (BES Ind) | S/L | 5 | 10/30/2012 | 1,490.37 | 943.90 | 1,241.98 | 248.40 | 1,490.37 |
| 510 | Repair Drain Line to Grease Trap (Armani) | S/L | 5 | 11/19/2012 | 375.63 | 231.64 | 306.76 | 68.87 | 375.63 |
| 511 | Repair/Replace Bowl Gear for Mixer (Exca | S/L | 5 | 11/21/2012 | 7,950.69 | 4,902.93 | 6,493.06 | 1,457.63 | 7,950.69 |
| 512 | Replace Forklift Battery (J&K Industrial) | S/L | 5 | 11/28/2012 | 8,380.03 | 5,167.69 | 6,843.69 | 1,536.34 | 8,380.03 |
| 513 | Maintenance on Food Tools | S/L | 5 | 12/4/2012 | 2,409.20 | 1,485.67 | 1,967.51 | 441.69 | 2,409.20 |
| 514 | Repair Frequency Drives for Machine Line | S/L | 5 | 12/5/2012 | 3,627.52 | 2,236.97 | 2,962.47 | 665.05 | 3,627.52 |
| 515 | Rebuild Cambell Wrapper Pie Shell Line | S/L | 5 | 12/14/2012 | 2,488.24 | 1,534.41 | 2,032.06 | 456.18 | 2,488.24 |
| 516 | New Belt on Rademaker (D E Shipp Belt) | S/L | 5 | 12/17/2012 | 29,558.79 | 17,735.27 | 23,647.03 | 5,911.76 | 29,558.79 |
| 517 | Dock Door # 1-Repair leveler (Austin Equi | S/L | 5 | 12/21/2012 | 7,298.22 | 4,378.93 | 5,838.58 | 1,459.64 | 7,298.22 |
| 523 | Rebuilt Air Compressor (Danmar Ind) | S/L | 5 | 1/9/2013 | 4,154.19 | 2,492.51 | 3,323.35 | 830.84 | 4,154.19 |
| 524 | Design & Construct Rondo to Rademacher | S/L | 5 | 1/13/2013 | 3,200.00 | 1,920.00 | 2,560.00 | 640.00 | 3,200.00 |
| 525 | Repair Air Compressor # 1 (Danmar Ind) | S/L | 5 | 1/18/2013 | 2,573.81 | 1,544.29 | 2,059.05 | 514.76 | 2,573.81 |
| 526 | Replace rotating valve Rademaker (Romco | S/L | 5 | 1/30/2013 | 2,120.00 | 1,272.00 | 1,696.00 | 424.00 | 2,120.00 |
| 527 | Repair oven shaft & rebuild busing block | S/L | 5 | 2/11/2013 | 4,967.59 | 2,897.76 | 3,891.28 | 993.52 | 4,884.80 |
| 529 | Vemag Robot 500 (Reiser) | S/L | 10 | 3/15/2013 | 15,660.00 | 4,306.50 | 5,872.50 | 1,566.00 | 7,438.50 |
| 530 | Replace curve roller holder rademaker | S/L | 5 | 4/18/2013 | 1,243.04 | 662.95 | 911.56 | 248.61 | 1,160.17 |
| 531 | Replace motor in air compressor (south-D | S/L | 5 | 3/18/2013 | 2,312.24 | 1,271.73 | 1,734.18 | 462.45 | 2,196.63 |
| 532 | Repair/replace parts on welder | S/L | 5 | 3/21/2013 | 6,029.10 | 3,316.01 | 4,521.83 | 1,205.82 | 5,727.65 |

## Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 533 | Replace Raypak boiler (Fire Power Svcs) | S/L | 10 | 7/2/2013 | 8,201.00 | 2,050.25 | 2,870.35 | 820.10 | 3,690.45 |
| 535 | Install custom inserts - Pie Shell Line | S/L | 5 | 5/31/2013 | 6,084.00 | 3,143.40 | 4,360.20 | 1,216.80 | 5,577.00 |
| 536 | Install custom inserts - Pie Shell Line | S/L | 5 | 6/7/2013 | 20,592.00 | 10,639.20 | 14,757.60 | 4,118.40 | 18,876.00 |
| 538 | Install Roller -Rademaker | S/L | 5 | 3/27/2013 | 3,000.00 | 1,600.00 | 2,200.00 | 600.00 | 2,800.00 |
| 539 | Repair crimping/cutting machine | S/L | 5 | 5/22/2013 | 9,015.00 | 4,808.00 | 6,611.00 | 1,803.00 | 8,414.00 |
| 540 | Engraving for rotary cutter | S/L | 5 | 6/14/2013 | 6,202.00 | 3,101.00 | 4,341.40 | 1,240.40 | 5,581.80 |
| 542 | Carmel Melting Machine (Savage Bros) | S/L | 10 | 7/18/2013 | 12,335.00 | 2,980.96 | 4,214.46 | 1,233.50 | 5,447.96 |
| 545 | 5000 Gal. Water Tank for Water Supply | S/L | 10 | 8/1/2013 | 3,564.99 | 861.54 | 1,218.04 | 356.50 | 1,574.54 |
| 546 | 18# Sheeter W/Mobile Stand | S/L | 10 | 7/5/2013 | 6,159.74 | 1,488.60 | 2,104.58 | 615.97 | 2,720.55 |
| 547 | Replace 5 ton compressor with 10 ton | S/L | 10 | 8/8/2013 | 3,420.00 | 826.50 | 1,168.50 | 342.00 | 1,510.50 |
| 548 | Repairs to Crossroller (Rademaker) | S/L | 10 | 8/8/2013 | 2,409.50 | 582.30 | 823.25 | 240.95 | 1,064.20 |
| 549 | Repair side shift cylinder- Forklift (Service | S/L | 5 | 8/22/2013 | 4,732.23 | 2,444.99 | 3,391.43 | 946.45 | 4,337.88 |
| 550 | Carmel Depositer Shutter (Savage Bros) | S/L | 10 | 8/29/2013 | 5,034.00 | 1,174.60 | 1,678.00 | 503.40 | 2,181.40 |
| 551 | Bottom Crust Die Set (Comtec) | S/L | 10 | 8/30/2013 | 4,140.00 | 966.00 | 1,380.00 | 414.00 | 1,794.00 |
| 552 | Tables/Chairs/Equipment (Windsor Auctic | S/L | 5 | 9/18/2013 | 8,962.80 | 4,033.26 | 5,825.82 | 1,792.56 | 7,618.38 |
| 553 | Equiment (Centeral Restaurant Supply) | S/L | 5 | 9/24/2013 | 5,790.00 | 2,605.50 | 3,763.50 | 1,158.00 | 4,921.50 |
| 554 | Sorting/Stacking Conveyor (Time Equip) | S/L | 10 | 9/23/2013 | 3,000.00 | 675.00 | 975.00 | 300.00 | 1,275.00 |
| 555 | MefFab, Inc. | S/L | 5 | 7/18/2013 | 7,936.00 | | | 1,587.20 | |
| 556 | Repair Sheeter (Robert Reiser & Co) | S/L | 5 | 8/1/2013 | 6,159.74 | 2,874.55 | 4,106.49 | 1,231.95 | 5,338.44 |
| 557 | Replace compressor fan (A-1 Cooling & Ht | S/L | 5 | 9/26/2013 | 2,240.58 | 1,008.26 | 1,456.38 | 448.12 | 1,904.49 |
| 558 | New Kolacky Dies (F & S Engraving) | S/L | 5 | 10/1/2013 | 4,934.76 | 2,138.40 | 3,125.35 | 986.95 | 4,112.30 |
| 559 | Install Special fabrication iece (Tile Co) | S/L | 5 | 10/2/2013 | 2,500.00 | 1,083.33 | 1,583.33 | 500.00 | 2,083.33 |
| 560 | Replace Formax Controller (Provisur Tech | S/L | 5 | 11/20/2013 | 2,614.14 | 1,089.23 | 1,612.05 | 522.83 | 2,134.88 |
| 561 | Replace Freezer Door (Refrigeration Gask | S/L | 5 | 10/21/2013 | 4,960.00 | 2,149.33 | 3,141.33 | 992.00 | 4,133.33 |
| 562 | Repair Sheeter (Robert Reiser & Co) | S/L | 5 | 7/5/2013 | 6,159.74 | 2,874.55 | 4,106.49 | 1,231.95 | 5,338.44 |
| 563 | Replace Bowl Gear Triple Action Mixer (E> | S/L | 5 | 12/10/2013 | 3,612.36 | 1,444.94 | 2,167.42 | 722.47 | 2,889.89 |
| 566 | Replace/Repair Freezer Cooling System(In | S/L | 10 | 12/19/2013 | 6,571.97 | 1,314.39 | 1,971.59 | 657.20 | 2,628.79 |
| 574 | Used Forklift - SN # B827N51547L | S/L | 5 | 1/1/2014 | 4,113.50 | 1,645.40 | 2,468.10 | 822.70 | 3,290.80 |
| 575 | Replace valve on Pie Filling Machine | S/L | 5 | 1/3/2014 | 3,040.00 | 1,216.00 | 1,824.00 | 608.00 | 2,432.00 |
| 576 | Assembly 18# Sheeter w/Mobile Stand | S/L | 5 | 1/3/2014 | 49,277.92 | 19,711.17 | 29,566.75 | 9,855.58 | 39,422.34 |
| 577 | David House Auctioneer (Various) | S/L | 5 | 1/21/2014 | 3,910.77 | 1,564.31 | 2,346.46 | 782.15 | 3,128.62 |
| 584 | JES Restaurant Equipment (Dishwasher) | S/L | 10 | 2/20/2014 | 41,306.77 | 7,572.91 | 11,703.58 | 4,130.68 | 15,834.26 |
| 585 | RW Machine (Dough Cutter Assembly) | S/L | 5 | 3/5/2014 | 3,550.00 | 1,242.50 | 1,952.50 | 710.00 | 2,662.50 |
| 586 | Control Concepts (Repair Processor Mach | S/L | 5 | 3/17/2014 | 3,592.03 | 1,257.21 | 1,975.62 | 718.41 | 2,694.02 |

# Coastal Foods, Inc.
# Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 586 | RW Machine (Roller Bearing for Dough Cu | S/L | 5 | 3/28/2014 | 3,686.00 | 1,290.10 | 2,027.30 | 737.20 | 2,764.50 |
| 587 | Pan Washer Repirs (Various) | S/L | 5 | 4/22/2014 | 5,121.05 | 1,707.02 | 2,731.23 | 1,024.21 | 3,755.44 |
| 588 | Ernest Merrell (Slicing Machine) | S/L | 10 | 4/22/2014 | 55,950.00 | 9,325.00 | 14,920.00 | 5,595.00 | 20,515.00 |
| 589 | Harvill Industries (New Icing Pump) | S/L | 5 | 6/5/2014 | 4,419.20 | 1,325.76 | 2,209.60 | 883.84 | 3,093.44 |
| 590 | Food Tools (Replace Parts for Conveyor) | S/L | 5 | 6/16/2014 | 2,493.00 | 747.90 | 1,246.50 | 498.60 | 1,745.10 |
| 591 | D E Shipp Belting (Repair Parts-Conveyor) | S/L | 5 | 6/25/2014 | 4,399.48 | 1,319.84 | 2,199.74 | 879.90 | 3,079.64 |
| 592 | Food Tools (Custom Blades for Cutter) | S/L | 5 | 6/27/2014 | 2,000.00 | 600.00 | 1,000.00 | 400.00 | 1,400.00 |
| 593 | Guardian Repair & Parts (Floor Machine R | S/L | 5 | 6/30/2014 | 4,914.55 | 1,474.37 | 2,457.28 | 982.91 | 3,440.19 |
| 594 | Mid America Packaging (Packaging Printei | S/L | 5 | 7/22/2014 | 9,680.95 | 2,742.94 | 4,679.13 | 1,936.19 | 6,615.32 |
| 595 | Houston Hermetics (Repair Pie Shell Line) | S/L | 5 | 8/6/2014 | 2,652.00 | 751.40 | 1,281.80 | 530.40 | 1,812.20 |
| 596 | Food Tools (Rebuild Project-Conveyor) | S/L | 5 | 8/15/2014 | 3,731.56 | 1,057.28 | 1,803.59 | 746.31 | 2,549.90 |
| 597 | Bakers Best (Repair Parts-Oven) | S/L | 5 | 8/20/2014 | 2,850.00 | 807.50 | 1,377.50 | 570.00 | 1,947.50 |
| 598 | Ace Mart Restaurant (Replace Bad Oven P | S/L | 5 | 9/22/2014 | 649.48 | 162.37 | 292.27 | 129.90 | 422.16 |
| 599 | Sunbelt Industrial Trucks (Used Forklift) | S/L | 5 | 9/23/2014 | 3,000.00 | 750.00 | 1,350.00 | 600.00 | 1,950.00 |
| 600 | McMaster Carr (Repair Parts-Mixer) | S/L | 5 | 10/1/2014 | 4,100.49 | 956.78 | 1,776.88 | 820.10 | 2,596.98 |
| 601 | Welding & More (Welding Stand for Egg M | S/L | 5 | 10/24/2014 | 1,034.00 | 241.27 | 448.07 | 206.80 | 654.87 |
| 602 | Excalibur Bagel & Bakery(Gears for Mixer | S/L | 5 | 10/28/2014 | 5,626.96 | 1,312.96 | 2,438.35 | 1,125.39 | 3,563.74 |
| 603 | Vesto Food Equipment | S/L | 5 | 1/15/2015 | 5,000.00 | 1,000.00 | 2,000.00 | 1,000.00 | 3,000.00 |
| 604 | Employees' Bakery (New Mixer) | S/L | 5 | 1/29/2015 | 4,200.00 | 550.00 | 1,150.00 | 600.00 | 1,750.00 |
| 605 | Metfab, Electric Wire (New Mixer) | S/L | 7 | 3/25/2015 | 10,998.25 | 811.00 | 2,382.18 | 1,571.18 | 3,953.36 |
| 606 | Lawn mower (Kenneth Young) | S/L | 5 | 3/26/2015 | 1,000.00 | 150.00 | 350.00 | 200.00 | 550.00 |
| 607 | Tile Company (Replace stones in oven) | S/L | 7 | 4/24/2015 | 2,000.00 | 190.48 | 476.19 | 285.71 | 761.91 |
| 609 | GMK Enterprises | S/L | 7 | 4/8/2015 | 4,357.06 | 414.96 | 1,037.40 | 622.44 | 1,659.83 |
| 610 | AAA Restaurant Supplies (10 new tables) | S/L | 7 | 4/30/2015 | 1,750.00 | 166.67 | 416.67 | 250.00 | 666.67 |
| 612 | D E Ship Belting | S/L | 7 | 5/22/2015 | 16,359.18 | 1,363.27 | 3,700.29 | 2,337.03 | 6,037.32 |
| 613 | Danmar (Air Compressor) | S/L | 7 | 5/18/2015 | 3,518.55 | 293.21 | 795.86 | 502.65 | 1,298.51 |
| 614 | Tile Company (Replace stones in oven) | S/L | 7 | 6/5/2015 | 1,165.00 | 83.21 | 249.64 | 166.43 | 416.07 |
| 615 | Metfab, Electric Wire (New Mixer) | S/L | 7 | 6/10/2015 | 2,190.00 | 156.43 | 469.29 | 312.86 | 782.14 |
| 616 | Northern Tool (Portacool for M&B) | S/L | 7 | 7/7/2015 | 2,705.17 | 161.02 | 547.47 | 386.45 | 933.93 |
| 617 | PO # 063015-JA1 | S/L | 7 | 7/14/2015 | 2,171.00 | 129.23 | 439.37 | 310.14 | 749.51 |
| 618 | Danmar (Air Compressor) | S/L | 7 | 7/24/2015 | 1,400.00 | 83.33 | 283.33 | 200.00 | 483.33 |
| 619 | Grainger (Fans for Production & Cool Roon | S/L | 7 | 8/4/2015 | 3,695.75 | 175.99 | 703.95 | 527.96 | 1,231.92 |
| 620 | Tom Saxton (Uprights 42-96 new 25000 C | S/L | 7 | 8/4/2015 | 2,710.00 | 129.05 | 516.19 | 387.14 | 903.33 |
| 621 | Grainger (Drives for new equipment) | S/L | 7 | 8/12/2015 | 1,832.13 | 87.24 | 348.98 | 261.73 | 610.71 |

## Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 622 | Comtemc Dough (Pie Crust Die Set) | S/L | 7 | 8/18/2015 | 5,354.00 | 254.95 | 1,019.81 | 764.86 | 1,784.67 |
| 628 | Metfab | S/L | 7 | 8/31/2015 | 2,621.90 | 124.85 | 499.41 | 374.56 | 873.97 |
| 629 | Cash-PO # 911115 | S/L | 7 | 9/18/2015 | 1,945.00 | 92.62 | 370.48 | 277.86 | 648.33 |
| 630 | D E Ship Belting | S/L | 7 | 9/22/2015 | 2,749.40 | 130.92 | 523.70 | 392.77 | 916.47 |
| 631 | AmeriCooler, Inc. | S/L | 7 | 9/22/2015 | 3,252.00 | 154.86 | 619.43 | 464.57 | 1,084.00 |
| 632 | Triple S Steel | S/L | 7 | 10/2/2015 | 3,852.24 | 183.44 | 733.76 | 550.32 | 1,284.08 |
| 633 | Innovative IDM | S/L | 7 | 10/5/2015 | 3,115.55 | 148.36 | 593.44 | 445.08 | 1,038.52 |
| 634 | Johnson Supply | S/L | 7 | 10/5/2015 | 1,572.18 | 74.87 | 299.46 | 224.60 | 524.06 |
| 635 | Tile Company (Replace stones in oven) | S/L | 7 | 11/16/2015 | 6,247.50 | 297.50 | 1,190.00 | 892.50 | 2,082.50 |
| 637 | Harvill Industries (New Icing Pump) | S/L | 7 | 11/20/2015 | 4,414.63 | 210.22 | 840.88 | 630.66 | 1,471.54 |
| 638 | Cash- PO # 120415 | S/L | 7 | 12/4/2015 | 2,986.80 | 35.56 | 462.24 | 426.69 | 888.93 |
| 643 | Tile Company (Stones in new oven) | S/L | 7 | 12/7/2015 | 6,247.50 | | 892.50 | 892.50 | 1,785.00 |
| 644 | MefFab, Inc. (Drains for sanitation room) | S/L | 7 | 12/28/2015 | 19,160.16 | | 2,737.17 | 2,737.17 | 5,474.33 |
| 645 | Employees' Bakery (Used Rademaker) | S/L | 7 | 8/5/2015 | 5,000.00 | 238.10 | 952.38 | 714.29 | 1,666.67 |
| 646 | AAA Restaurant Supply (20 racks for prod | S/L | 7 | 11/16/2015 | 2,500.00 | | 357.14 | 357.14 | 714.29 |
| 647 | D E Shipp Belting (Repair Parts-Conveyor) | S/L | 7 | 11/30/2015 | 8,244.49 | | 1,177.78 | 1,177.78 | 2,355.57 |
| 648 | Grainger (Parts & Motor for Icing Pump) | S/L | 7 | 11/30/2015 | 2,507.90 | | 358.27 | 358.27 | 716.54 |
| 656 | Main Cylinder,Mount,Safety Switches for | S/L | 7 | 3/7/2016 | 2,939.16 | | 314.91 | 419.88 | 734.79 |
| 657 | Unifiller (TG Foods) | S/L | 7 | 5/13/2016 | 48,856.40 | | 4,071.37 | 6,979.49 | |
| 659 | Scraper Assembly (MetFab) | S/L | 7 | 3/31/2016 | 2,520.00 | | 270.00 | 360.00 | |
| 660 | Radius Series 2400 with hold down guides | S/L | 5 | 3/4/2016 | 12,725.76 | | 1,363.47 | 1,817.97 | |
| 661 | Pallets (Detroit Forming) | S/L | 5 | 4/19/2016 | 20,695.07 | | 2,714.11 | 4,139.01 | |
| 662 | Tables for production area | S/L | 5 | 3/3/2016 | 2,053.30 | | 308.00 | 410.66 | |
| 663 | Upright Freezer 42 196 25,000 capacity | S/L | 5 | 4/29/2016 | 38,741.50 | | 3,689.67 | 5,534.50 | |
| 664 | Shanklin Automatic L Bar Sealer | S/L | 5 | 1/13/2016 | 1,000.00 | | 183.33 | 200.00 | |
| 665 | Mixer Repair | S/L | 5 | 2/3/2016 | 3,350.40 | | 558.40 | 670.08 | |
| 666 | Clutch/Brake/Controller for Rademaker G | S/L | 7 | 2/22/2016 | 4,296.63 | | 716.11 | 859.33 | |
| 667 | Box Taper /table Edhard Depositor | S/L | 5 | 5/11/2016 | 37,100.00 | | 3,091.67 | 5,300.00 | |
| 668 | Stones for new oven | S/L | 5 | 4/22/2016 | 9,321.25 | | 1,242.83 | 1,864.25 | |
| 669 | Repairs to Food Tools | S/L | 5 | 6/15/2016 | 2,792.62 | | 325.81 | 558.52 | |
| 670 | Replace bad pump in icing machine | S/L | 5 | 6/15/2016 | 4,731.93 | | 552.06 | 946.39 | |
| 671 | Repairs to boiler | S/L | 5 | 5/3/2016 | 12,581.35 | | 1,467.82 | 2,516.27 | |
| 672 | Fan for Corporate Office/Warehouse | S/L | 5 | 7/6/2016 | 1,683.50 | | 140.29 | 336.70 | |
| 673 | Bake off oven & tips for QA | S/L | 5 | 7/22/2016 | 987.16 | | 82.26 | 197.43 | |

# Coastal Foods, Inc.
## Fixed Asset Schedule - Machinery & Equipment

| G/L Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/15 | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| 674 | Payoff of Choctech 600 by LSQ/Reclass Ex S/L | S/L | 7 | 1/26/2016 | 146,881.99 | | 19,234.55 | 20,983.14 | |
| 675 | Kaman-Houston PO # 012016-Jtorres | S/L | 7 | 1/26/2016 | 10,000.00 | | 1,309.52 | 1,428.57 | |
| 676 | Toyota Financial | S/L | 5 | 12/31/2016 | 1,128.44 | | 225.69 | 225.69 | |
| 677 | Crown Credit | S/L | 5 | 12/31/2016 | 634.76 | | 126.95 | 126.95 | |
| 678 | LEAF | S/L | 5 | 12/31/2016 | 595.00 | | 119.00 | 119.00 | |
| 679 | Cleaver Brooks | S/L | 5 | 2/11/2016 | 14,972.80 | | 2,495.47 | 2,994.56 | |
| 680 | Printer (Mid America Packaging) | S/L | 5 | 3/28/2016 | 4,995.00 | | 749.25 | 999.00 | |
| | **Total Machinery & Equipment** | | | | $ 5,848,423.96 | $ 4,426,667.51 | $ 4,723,398.13 | $ 264,601.42 | $ 4,881,807.22 |

## Coastal Foods, Inc.
## Fixed Asset Schedule - Leasehold Improvements

| G/L # 15400 | Asset # | Property Description | Method | Life | Date In Service | Book Cost | Accu Depr 12/31/16 | Depr Exp 12/31/17 | Accu Depr 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|
| | 230 | Improvements | S/L | 5 | 10/1/1990 | 4,911.00 | 4,911.00 | - | 4,911.00 |
| | 231 | Improvements | S/L | 10 | 12/1/1993 | 154,977.00 | 154,977.00 | - | 154,977.00 |
| | 232 | Improvements | S/L | 12 | 7/1/1994 | 86,975.00 | 86,975.00 | - | 86,975.00 |
| | 233 | Install QA Office | S/L | 8 | 12/1/1995 | 3,600.00 | 3,600.00 | - | 3,600.00 |
| | 234 | Wash Down Area | S/L | 7 | 1/19/1996 | 6,000.00 | 6,000.00 | - | 6,000.00 |
| | 235 | Raise Door for | S/L | 7 | 1/19/1996 | 1,401.46 | 1,401.46 | - | 1,401.46 |
| | 236 | Sheet Insulate | S/L | 7 | 1/19/1996 | 943.25 | 943.25 | - | 943.25 |
| | 237 | Wash Room Lighting | S/L | 7 | 1/30/1996 | 2,192.06 | 2,192.06 | - | 2,192.06 |
| | 238 | Build Wash Down | S/L | 7 | 1/31/1996 | 3,000.00 | 3,000.00 | - | 3,000.00 |
| | 239 | Sheet Insulate | S/L | 7 | 2/5/1996 | 2,829.75 | 2,829.75 | - | 2,829.75 |
| | 240 | Glass Doors | S/L | 7 | 3/7/1996 | 3,828.41 | 3,828.41 | - | 3,828.41 |
| | 241 | Enclose Area | S/L | 7 | 4/18/1996 | 2,485.00 | 2,485.00 | - | 2,485.00 |
| | 242 | Run English Lin | S/L | 7 | 6/25/1996 | 5,741.63 | 5,741.63 | - | 5,741.63 |
| | 243 | Vents, Pipe, Gas Regulator | S/L | 7 | 2/28/1997 | 13,375.86 | 13,375.86 | - | 13,375.86 |
| | 244 | Various Electrical | S/L | 7 | 3/31/1997 | 36,091.62 | 36,091.62 | - | 36,091.62 |
| | 245 | Oven Room | S/L | 7 | 6/1/1997 | 48,225.60 | 48,225.60 | - | 48,225.60 |
| | 246 | Hot Water Circulating System | S/L | 7 | 6/30/1997 | 2,429.83 | 2,429.83 | - | 2,429.83 |
| | 247 | Waste Water Tank | S/L | 7 | 7/31/1997 | 6,820.30 | 6,820.30 | - | 6,820.30 |
| | 248 | Waste Water System | S/L | 7 | 7/7/2000 | 9,200.00 | 9,200.00 | - | 9,200.00 |
| | 249 | Chemical Feed p | S/L | 7 | 4/11/2001 | 2,082.16 | 2,082.16 | - | 2,082.16 |
| | 250 | Plastic Doors | S/L | 7 | 4/27/2001 | 1,916.03 | 1,916.03 | - | 1,916.03 |
| | 251 | Build 1 Office | S/L | 7 | 11/1/2001 | 3,610.00 | 3,610.00 | - | 3,610.00 |
| | 272 | Ceramic Tile Floors | S/L | 15 | 7/9/2002 | 7,407.52 | 7,160.57 | 246.95 | 7,407.52 |
| | 273 | P E Tank - 1350 Gallons | S/L | 15 | 8/8/2002 | 515.00 | 494.95 | 20.05 | 515.00 |
| | 274 | Building, Door, Sheetrock | S/L | 15 | 11/15/2002 | 4,075.00 | 3,848.64 | 226.36 | 4,075.00 |
| | 290 | "Bug Shield" Door | S/L | 15 | 1/15/2003 | 6,036.56 | 5,634.14 | 402.42 | 6,036.56 |
| | 291 | HL&P Easement | S/L | 15 | 1/11/2003 | 843.20 | 786.96 | 56.24 | 843.20 |
| | 293 | Quality Craft C | S/L | 15 | 1/28/2003 | 4,925.00 | 4,596.64 | 328.36 | 4,925.00 |
| | 302 | Rock Side of New Building | S/L | 15 | 3/18/2003 | 450.00 | 415.00 | 30.00 | 445.00 |
| | 303 | New Freezer | S/L | 15 | 3/24/2003 | 250.00 | 230.58 | 16.67 | 247.25 |
| | 304 | Hauling - New Building | S/L | 15 | 3/25/2003 | 180.00 | 166.00 | 12.00 | 178.00 |

| Description | Method | Life | Date | Cost | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|
| 305 Pullum Road Base | S/L | 15 | 3/28/2003 | 1,500.00 | 1,383.33 | 100.00 | 1,483.33 |
| 306 Rock Resurface | S/L | 15 | 3/28/2003 | 2,108.00 | 1,944.02 | 140.53 | 2,084.55 |
| 317 Concrete Work | S/L | 15 | 4/1/2003 | 516.98 | 473.93 | 34.47 | 508.40 |
| 318 Bldg - New Free | S/L | 15 | 4/1/2003 | 26,321.41 | 24,127.95 | 1,754.76 | 25,882.71 |
| 319 New Bldg - Drainage | S/L | 15 | 4/7/2003 | 1,300.00 | 1,191.69 | 86.67 | 1,278.36 |
| 320 Door Vinyl Weather Stripping | S/L | 15 | 4/15/2003 | 1,340.25 | 1,228.56 | 89.35 | 1,317.91 |
| 329 Lab in New Warehouse | S/L | 15 | 5/1/2003 | 2,215.00 | 2,018.13 | 147.67 | 2,165.80 |
| 330 A/C Compressor for Office | S/L | 15 | 5/1/2003 | 8,806.55 | 8,023.72 | 587.10 | 8,610.82 |
| 331 New Freezer Addition | S/L | 15 | 5/17/2003 | 85,630.00 | 78,018.47 | 5,708.67 | 83,727.14 |
| 338 350 HP Compressor | S/L | 15 | 6/5/2003 | 34,400.00 | 31,151.09 | 2,293.33 | 33,444.43 |
| 339 Dock Leveler | S/L | 15 | 6/6/2003 | 5,173.50 | 4,684.89 | 344.90 | 5,029.79 |
| 340 Metal Pass-Between | S/L | 15 | 6/24/2003 | 6,174.49 | 5,591.33 | 411.63 | 6,002.96 |
| 350 Balance Dock Level | S/L | 15 | 6/26/2003 | 448.35 | 406.08 | 29.89 | 435.97 |
| 351 Panel Walls & C | S/L | 15 | 7/14/2003 | 72,933.00 | 65,639.70 | 4,862.20 | 70,501.90 |
| 352 Addition to Panel | S/L | 15 | 7/23/2003 | 42,080.00 | 37,871.98 | 2,805.33 | 40,677.31 |
| 353 Freezer & HP in | S/L | 15 | 7/7/2003 | 31,970.00 | 28,772.98 | 2,131.33 | 30,904.31 |
| 354 Steel Gas Line | S/L | 15 | 7/29/2003 | 1,299.00 | 1,169.10 | 86.60 | 1,255.70 |
| 355 Metal Building | S/L | 15 | 7/31/2003 | 2,831.65 | 2,548.51 | 188.78 | 2,737.29 |
| 364 Storm Drainage Pipe | S/L | 15 | 8/5/2003 | 750.00 | 670.83 | 50.00 | 720.83 |
| 365 Freezer Electrification | S/L | 15 | 9/1/2003 | 10,781.84 | 9,583.87 | 718.79 | 10,302.66 |
| 366 Reapirs to new | S/L | 15 | 9/10/2003 | 2,520.06 | 2,240.02 | 168.00 | 2,408.03 |
| 368 Heater on Freezer Doors | S/L | 15 | 10/29/2003 | 1,677.34 | 1,481.64 | 111.82 | 1,593.46 |
| 372 Floor in Warehouse | S/L | 15 | 11/25/2003 | 46,270.00 | 40,614.80 | 3,084.67 | 43,699.47 |
| 373 Floor System - QA | S/L | 15 | 11/29/2003 | 1,025.13 | 899.82 | 68.34 | 968.16 |
| 378 Floor in Warehouse | S/L | 15 | 12/1/2003 | 18,730.00 | 16,336.75 | 1,248.67 | 17,585.42 |
| 379 20 x 2 Floor System | S/L | 15 | 12/9/2003 | 1,200.00 | 1,046.67 | 80.00 | 1,126.67 |
| 380 Freezer Expansion | S/L | 15 | 12/10/2003 | 15,657.61 | 13,656.91 | 1,043.84 | 14,700.75 |
| 381 New Carpet - Office | S/L | 15 | 12/9/2003 | 1,671.07 | 1,457.51 | 111.40 | 1,568.91 |
| 382 Freezer Engine Room | S/L | 15 | 12/16/2003 | 14,706.00 | 12,826.90 | 980.40 | 13,807.30 |
| 383 Freezer Engine Room | S/L | 15 | 12/18/2003 | 41,086.00 | 35,836.15 | 2,739.07 | 38,575.22 |
| 384 Freezer Engine Room | S/L | 15 | 12/23/2003 | 55,294.00 | 48,228.68 | 3,686.27 | 51,914.95 |
| 385 Production Area Ceiling | S/L | 15 | 12/31/2003 | 1,170.20 | 1,020.65 | 78.01 | 1,098.66 |
| 386 Wastewater System | S/L | 15 | 11/3/2003 | 9,291.93 | 8,156.23 | 619.46 | 8,775.69 |
| 388 Production Ceiling Change | S/L | 14 | 1/30/2004 | 5,471.69 | 5,048.26 | 390.84 | 5,439.10 |
| 392 Production Ceiling | S/L | 14 | 2/4/2004 | 660.33 | 609.26 | 47.17 | 656.43 |
| 404 Blast & Coat Structure/pi | S/L | 14 | 5/1/2004 | 7,856.00 | 7,107.80 | 561.14 | 7,668.94 |
| 405 Insulate Ammonia Piping | S/L | 14 | 5/16/2004 | 2,000.46 | 1,798.03 | 142.89 | 1,940.92 |
| 407 Accoustic Ceiling | S/L | 14 | 8/31/2004 | 3,891.59 | 3,428.30 | 277.97 | 3,706.28 |
| 408 Condensing Unit | S/L | 14 | 6/10/2004 | 3,864.66 | 3,473.61 | 276.05 | 3,749.66 |
| 416 Freezer Door | S/L | 14 | 11/2/2004 | 78,000.00 | 67,785.72 | 5,571.43 | 73,357.15 |
| 417 Remodeling | S/L | 14 | 12/5/2004 | 4,113.50 | 3,550.34 | 293.82 | 3,844.16 |

| # | Description | Method | Life | Date | | | | |
|---|-------------|--------|------|------|---|---|---|---|
| 462 | Awning (AAA Awning) | S/L | 15 | 1/14/2011 | 2,321.96 | 915.88 | 154.80 | 1,070.68 |
| 463 | Electrical Work & Lighting (Various) | S/L | 15 | 12/28/2011 | 32,551.86 | 10,850.62 | 2,170.12 | 13,020.74 |
| 464 | Ceiling (Ceil Tex, Inc.) | S/L | 15 | 11/28/2011 | 48,187.00 | 16,330.04 | 3,212.47 | 19,542.51 |
| 465 | A/C System (Arin-Air, Inc.) | S/L | 15 | 10/13/2011 | 52,341.04 | 18,028.58 | 3,489.40 | 21,517.98 |
| 466 | Flooring (Prepco Floor, LLC) | S/L | 15 | 12/11/2011 | 79,870.65 | 26,623.55 | 5,324.71 | 31,948.26 |
| 467 | New Door (Mueller Door Co) | S/L | 15 | 11/18/2011 | 1,466.00 | 496.81 | 97.73 | 594.54 |
| 468 | Washdown Area (Armani Constr) | S/L | 15 | 12/28/2011 | 50,509.58 | 16,836.53 | 3,367.31 | 20,203.83 |
| 469 | Ductwork (Air Polution Control) | S/L | 15 | 12/31/2011 | 13,628.68 | 4,542.89 | 908.58 | 5,451.47 |
| 476 | Electrical Work & Lighting (Various) | S/L | 15 | 11/27/2012 | 82,826.75 | 22,547.28 | 5,521.78 | 28,069.07 |
| 477 | New Ceiling (Ceil Tex) | S/L | 10 | 9/14/2012 | 13,336.08 | 5,667.83 | 1,333.61 | 7,001.44 |
| 478 | A/C Addition (KP Mech & E. Vasquez) | S/L | 10 | 8/21/2012 | 19,750.00 | 8,558.33 | 1,975.00 | 10,533.33 |
| 479 | Production Area Room (Ramco/Molina) | S/L | 10 | 7/3/2012 | 8,729.83 | 3,710.18 | 872.98 | 4,583.16 |
| 480 | Breakroom Improv (Peter's Paint) | S/L | 10 | 6/6/2012 | 12,611.14 | 5,675.01 | 1,261.11 | 6,936.13 |
| 481 | Warehouse Buildouts (Peter's Paint) | S/L | 15 | 11/27/2012 | 39,607.32 | 10,781.99 | 2,640.49 | 13,422.48 |
| 482 | Doors (Mueller Doors) | S/L | 10 | 8/15/2012 | 5,248.00 | 2,274.13 | 524.80 | 2,798.93 |
| 483 | New Door Entry System (Compass Safe) | S/L | 10 | 5/2/2012 | 6,998.94 | 3,207.85 | 699.89 | 3,907.74 |
| 484 | Washdown Area (Armani Constr) | S/L | 15 | 1/30/2012 | 2,462.69 | 807.22 | 164.18 | 971.39 |
| 485 | Ductwork (Air Polution & Arin-Air) | S/L | 10 | 3/28/2012 | 23,593.28 | 11,010.20 | 2,359.33 | 13,369.53 |
| 486 | Install Screen Door | S/L | 10 | 6/28/2012 | 4,451.26 | 2,003.07 | 445.13 | 2,448.19 |
| 487 | Plugs for Electrical Drop (IER) | S/L | 10 | 7/18/2012 | 2,804.32 | 1,238.57 | 280.43 | 1,519.01 |
| 488 | Replacement Ceiling Tiles(Ceil Tex) | S/L | 10 | 11/5/2012 | 1,205.54 | 492.26 | 120.55 | 612.82 |
| 489 | Oven Tiles (Tileco) | S/L | 10 | 11/8/2012 | 3,955.00 | 1,614.96 | 395.50 | 2,010.46 |
| 490 | Repair Gas Leak (Texas Power) | S/L | 10 | 12/13/2012 | 2,538.57 | 1,036.58 | 253.86 | 1,290.44 |
| 491 | Electrical Upgrades (Multiple) | S/L | 10 | 12/20/2012 | 30,568.84 | 12,227.54 | 3,056.88 | 15,284.42 |
| 492 | Jet Storm Sewer,Install sewer pre-fillers | S/L | 10 | 12/21/2012 | 1,810.94 | 724.38 | 181.09 | 905.47 |
| 493 | Repair to Pie Shell Wall (American Thermal) | S/L | 10 | 1/16/2012 | 2,226.97 | 1,094.93 | 222.70 | 1,317.62 |
| 518 | Install sheetrock/laminate wall/new doors | S/L | 10 | 1/9/2013 | 1,894.38 | 1,515.50 | 378.88 | 1,894.38 |
| 519 | Painting garage doors/pipes/baseboards | S/L | 5 | 1/15/2013 | 2,451.87 | 1,961.50 | 490.37 | 2,451.87 |
| 520 | Install electrical line for new compactor | S/L | 10 | 4/19/2013 | 2,543.85 | 932.75 | 254.39 | 1,187.13 |
| 521 | Install lights around exit sign(warehouse) | S/L | 10 | 1/31/2013 | 2,490.00 | 996.00 | 249.00 | 1,245.00 |
| 522 | Installed two 2" pumps | S/L | 5 | 1/9/2013 | 2,733.36 | 2,186.69 | 546.67 | 2,733.36 |
| 528 | Install chain link fence (Western Fence) | S/L | 10 | 2/13/2013 | 3,821.23 | 1,496.65 | 382.12 | 1,878.77 |
| 537 | Installations of Flowfresh RT Flooring Sys | S/L | 5 | 1/25/2013 | 5,640.00 | 4,418.00 | 1,128.00 | 5,546.00 |
| 541 | Repairs to ammnoia system | S/L | 10 | 7/31/2013 | 32,182.00 | 10,995.52 | 3,218.20 | 14,213.72 |
| 543 | Repair concrete in parking area (Antonio M) | S/L | 10 | 1/22/2013 | 2,000.00 | 783.33 | 200.00 | 983.33 |
| 544 | Repair/replace components of ammonia system | S/L | 10 | 9/9/2013 | 214,285.00 | 69,642.63 | 21,428.50 | 91,071.13 |
| 567 | Air Conditioning Replacement (Airteam, Ltd) | S/L | 10 | 9/1/2013 | 13,514.00 | 4,279.43 | 1,351.40 | 5,630.83 |
| 568 | Cafeteria (Avelos Construction) | S/L | 10 | 10/10/2013 | 14,075.00 | 4,457.08 | 1,407.50 | 5,864.58 |
| 569 | Cafeteria (Avelos Construction) | S/L | 10 | 10/24/2013 | 2,234.00 | 707.43 | 223.40 | 930.83 |
| 570 | AirResource, LLC | S/L | 10 | 11/27/2013 | 13,736.00 | 4,120.80 | 1,373.60 | 5,494.40 |
| 571 | Cafeteria (Avelos Construction) | S/L | 10 | 11/27/2013 | 280.00 | 84.00 | 28.00 | 112.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 572 Repair/replace components of ammonia system | S/L | 10 | 12/3/2013 | 40,345.03 | 12,103.51 | 4,034.50 | 16,138.01 |
| 573 Cafeteria (Avelos Construction) | S/L | 10 | 12/20/2013 | 1,200.00 | 360.00 | 120.00 | 480.00 |
| 578 Mycom Compressor Core-Ammonia Sys | S/L | 10 | 1/2/2014 | 1,627.34 | 488.20 | 162.73 | 650.94 |
| 579 Labor-Industrial Refrig - Ammonia System | S/L | 10 | 1/2/2014 | 6,135.75 | 1,840.73 | 613.58 | 2,454.30 |
| 580 Ammonia Charge-Industrial Refrig | S/L | 10 | 1/2/2014 | 9,975.00 | 2,992.50 | 997.50 | 3,990.00 |
| 580 Lighting Surplus (Various)-Cafeteria | S/L | 10 | 1/27/2014 | 4,032.65 | 1,209.80 | 403.27 | 1,613.06 |
| 581 Avalos Construction - Cafeteria | S/L | 10 | 6/10/2014 | 3,570.00 | 892.50 | 357.00 | 1,249.50 |
| 582 Mueller Door Co, Inc (Overhead Door) | S/L | 10 | 6/19/2014 | 1,519.00 | 379.75 | 151.90 | 531.65 |
| 583 Southern Perfection | S/L | 10 | 6/19/2014 | 10,500.00 | 2,625.00 | 1,050.00 | 3,675.00 |
| 608 Antonio Molina (Repair area in front of compactor) | S/L | 10 | 3/20/2015 | 5,250.00 | 875.00 | 525.00 | 1,400.00 |
| 627 HVAC Replacement for R&D Lab (Airteam) | S/L | 10 | 9/18/2015 | 7,000.00 | 816.67 | 700.00 | 1,516.67 |
| 639 Home Depot (Mat'l for new sanitation room) | S/L | 10 | 12/16/2015 | 2,277.66 | 246.75 | 227.77 | 474.51 |
| 640 Home Depot (Mat'l for fence in front of office | S/L | 10 | 12/16/2015 | 2,275.31 | 246.49 | 227.53 | 474.02 |
| 641 Taylor & Taylor (Concete new sanitation room) | S/L | 10 | 12/28/2015 | 9,180.00 | 918.00 | 918.00 | 1,836.00 |
| 642 Texas Power (Lift station & plumbing sanit.room) | S/L | 10 | 12/28/2015 | 10,307.06 | 1,030.71 | 1,030.71 | 2,061.41 |
| 649 Upgrade to Waste Water System (Grainger) | S/L | 10 | 1/13/2016 | 14,559.51 | 1,455.95 | 1,455.95 | 2,911.90 |
| 650 New Concrete for Sanitation Room (Taylor & Taylor) | S/L | 10 | 2/9/2016 | 12,065.87 | 1,005.49 | 1,206.59 | 2,212.08 |
| 651 Pad for Nitrogen Tank (Antonio Molina) | S/L | 10 | 2/16/2016 | 47,728.02 | 3,977.34 | 4,772.80 | 8,750.14 |
| 657 Kaman Industries | S/L | 10 | 3/24/2016 | 11,944.21 | 796.28 | 1,194.42 | 1,990.70 |
| 652 New Packaging Room (Inducon,Lighting Unltd,Zolo | S/L | 10 | 6/28/2016 | 155,136.66 | 7,756.83 | 15,513.67 | 23,270.50 |
| 653 Replace Dock Leveler on Shipping Door # 1 | S/L | 10 | 7/26/2016 | 12,114.28 | 605.71 | 1,211.43 | 1,817.14 |
| 654 Install Concrete Rings Around Grease Trap | S/L | 10 | 7/13/2016 | 18,742.00 | 937.10 | 1,874.20 | 2,811.30 |
| 656 Dupey Equipment-Labor | S/L | 5 | 5/24/2016 | 2,332.00 | 116.60 | 233.20 | 349.80 |

**Total Leasehold Improvements**          $ 2,331,356.11   $ 1,350,625.08   $ 158,168.51   $ 1,508,793.59

Newberry Specialty Bakers, Inc.
CAPEX Listing

**Growth:**

| | | |
|---|---|---|
| 2016 | Nitrogen Tank | 47,728.02 |
| 2016 | New Packaging Room | 155,136.66 |
| 2016 | Upright Freezer 42 196 25,000 capacity | 38,741.50 |
| 2016 | Choctech 600 | 146,881.99 |
| 2016 | Unifiller | 48,856.40 |
| 2015 | Slicing Machine | 55,950.00 |
| 2014 | Dishwasher | 41,306.77 |
| 2014 | Assembly 18# Sheeter w/Mobile Stand | 49,277.92 |
| 2012 | Warehouse Buildouts | 39,607.32 |
| 2012 | Washdown Area | 50,509.58 |
| 2011 | New Oven | 177,701.30 |

**Maintenance:**

| | | |
|---|---|---|
| 2016 | Upgrade to Waste Water System | 14,559.51 |
| 2016 | Water Lines in Sanitation/Washing Area | #REF! |
| 2015 | Drains for sanitation room | 19,160.16 |
| 2013 | Repair/replace components of ammonia system | 40,345.03 |
| 2013 | Repair/replace components of ammonia system | 214,285.00 |
| 2013 | Repairs to ammnoia system | 32,182.00 |
| 2012 | Electrical Upgrades | 30,568.84 |
| 2012 | Electrical Work & Lighting | 82,826.75 |
| 2011 | A/C System | 52,341.04 |
| 2011 | New Ceiling | 48,187.00 |
| 2011 | Electrical Work & Lighting | 32,551.86 |
| 2004 | Freezer Door | 78,000.00 |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Newberry Bakers, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-44189-rfn11** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.    Do any creditors have claims secured by debtor's property?**

☐    No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑    Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.    List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**Aldine ISD-Tax Office** | Describe debtor's property that is subject to a lien | $52,897.95 | $1,426,799.86 |
| --- | --- | --- | --- |
| Creditor's mailing address<br>**PO Box 203989** | **Personal Property** | | |
| | Describe the lien | | |
| | **2016 Property Taxes** | | |
| **Houston          TX    77216-3989** | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | | | |
| Date debt was incurred    **7/12/16-12/1/16** | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number    __ __ __ __ | | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$19,036,623.43

| Debtor | **Newberry Bakers, Inc.** | | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|---|

---

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.2

**Creditor's name**
**Creekridge Capital, LLC**

**Creditor's mailing address**
**7808 Creekridge Circle**

**Edina                MN    55439**

**Creditor's email address, if known**

**Date debt was incurred    4/10/17**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$5,770.46**  Value of collateral: **$0.00**

### 2.3

**Creditor's name**
**Gulf Coast Bank and Trust**

**Creditor's mailing address**
**200 St. Charles Ave.**

**New Orleans            LA    70130**

**Creditor's email address, if known**

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,650,000.00**  Value of collateral: **$1,736,799.86**

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) **17-44189-rfn11** |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

### 2.4

**Creditor's name**
**Harris County MUD # 182**

**Creditor's mailing address**
**Tax Assessor Collector Office**

**PO Box 672346**

**Houston          TX     77267-2346**

**Creditor's email address, if known**

Date debt was incurred     **11/29/16-6/7/17**

Last 4 digits of account number     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,064.10**      **$1,426,799.86**

### 2.5

**Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**Special Procedures - Insolvency**

**PO Box 7346**

**Philadelphia          PA     19101**

**Creditor's email address, if known**

Date debt was incurred     **6/3/16-12/31/16**

Last 4 digits of account number     **6   2   5   0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,383,000.00**      **$1,736,799.86**

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) **17-44189-rfn11** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6**

**Creditor's name**
Joseph H. Hegyesi

**Creditor's mailing address**
50 Muirfield

Boerne          TX    78006

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$418,398.00      $1,736,799.86

---

**2.7**

**Creditor's name**
Joseph Ornelas

**Creditor's mailing address**
713 W SW Loop

323 PBM 204

Tyler          TX    75701

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,749,594.00      $1,736,799.86

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) **17-44189-rfn11** |
|---|---|---|

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**
**Larry R. Bush**

**Creditor's mailing address**
**17 Cypress Point**

**Boerne** **TX** **78006**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**First / Statutory Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,649,524.00     $1,736,799.86

**2.9** **Creditor's name**
**Louise Rodgers**

**Creditor's mailing address**
**25123 Atta Mira Dr.**

**Tyler** **TX** **75701**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,082,066.00     $1,736,799.86

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) **17-44189-rfn11** |

| **Part 1:** | **Additional Page** | | Column A | Column B |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10**

**Creditor's name**
**Mike Sullivan, Harris County**

**Creditor's mailing address**
**Tax Assessor-Collector**

**PO Box 4622**

_____

**Houston          TX     77210-4622**

**Creditor's email address, if known**

_____

**Date debt was incurred**     **11/29/16-5/29/17**

**Last 4 digits of account number**     ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Personal Property**

**Describe the lien**

**Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $28,308.92 | $1,426,799.86 |

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Internal Revenue Service** | Line **2.5** | **6  2  5  0** |
| **V Boozer - MS 5224HNW** | | |
| **12941 I-45N, Suite 316** | | |
| | | |
| **Houston**     **TX**    **77060** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Newberry Bakers, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-44189-rfn11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor  **Newberry Bakers, Inc.**  Case number (if known)  **17-44189-rfn11**

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**1-800-Flowers.com, Inc.**

**Attn:  Colleen Kearney**

☐ Contingent
☐ Unliquidated
☐ Disputed

**One Old Country Rd., Suite 500**

**Carle Place**          **NY**      **11514**

**Basis for the claim:**
**License Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$673.25** |
|---|---|---|---|

**3 Amigos Restaurant**

**20300 Franz Rd., Suite 2 #16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Katy**          **TX**      **77449**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred      **4/11/17**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$995.91** |
|---|---|---|---|

**3M**

**PO Box 844127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75284-4127**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred      **1/4/17-3/14/17**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,790.90** |
|---|---|---|---|

**A & F Texas Inc.**

**1439A Aldine Bender Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**      **77032**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred      **12/8/16-5/2/17**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **Newberry Bakers, Inc.**      Case number (if known) **17-44189-rfn11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

               **Amount of claim**

| | |
|---|---|
| **3.5**   Nonpriority creditor's name and mailing address | **$10,304.76** |

**Ace American Insurance Co.**

**Special Insurance Services, Inc.**

**2740 Dallas Pkwy., Suite 100**

**Plano**      **TX**     **75093**

Date or dates debt was incurred    **4/1/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.6**   Nonpriority creditor's name and mailing address | **$2,205.18** |

**Aflac Worldwide Headquarters**

**1932 Wynnton Rd.**

**Columbus**      **GA**     **31999**

Date or dates debt was incurred    **4/1/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance Premiums**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.7**   Nonpriority creditor's name and mailing address | **$930.00** |

**AIB International**

**PO Box 874739**

**Kansas City**      **MO**     **64187**

Date or dates debt was incurred    **2/7/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.8**   Nonpriority creditor's name and mailing address | **$92.40** |

**AIG/American General**

**PO Box 305970**

**Nashville**      **TN**     **37230-5970**

Date or dates debt was incurred    **1/20/17-5/19/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance Premiums**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$924.53** |
|---|---|---|---|

**Airgas USA, LLC**

**PO Box 676015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75267-6015** | **Trade Debt** |
|---|---|---|---|

Date or dates debt was incurred   **3/31/17-5/31/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,900.00** |
|---|---|---|---|

**Albert Uster, Inc.**

**PO Box 770**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Gaithersburg** | **MD** | **20884** | **Judgment** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alliance Funding Group**

**3745 W. Chapman Ave., Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Orange** | **CA** | **92868** | **Equipment Lease** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Allied Produce Co., Inc.**

**2540 Airline Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77009-1194** | **Trade Debt** |
|---|---|---|---|

Date or dates debt was incurred   **4/28/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
| --- | --- | --- | --- |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

**Americold Cold Storage**

**Art Mortgage**

**PO Box 505339**

**St. Louis**          **MO**      **63150-5339**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$159,047.23**

---

**3.14**   Nonpriority creditor's name and mailing address

**Amero Foods Mfg. Corp.**

**9445 Washington Blvd.**

**Laurel**          **MD**      **20723**

Date or dates debt was incurred    **2/20/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,796.08**

---

**3.15**   Nonpriority creditor's name and mailing address

**Ann Harris Bennett**

**PO Box 4622**

**Houston**          **TX**      **77210-4622**

Date or dates debt was incurred    **12/30/16-5/20/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$80,620.53**

---

**3.16**   Nonpriority creditor's name and mailing address

**Arkotex, Inc.**

**20811 Arkotex Rd.**

**Siloam Springs**          **AR**      **72761-9107**

Date or dates debt was incurred    **2/1/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,434.00**

---

Debtor __**Newberry Bakers, Inc.**__ Case number (if known) __**17-44189-rfn11**__

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address | | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Art Mortgage Borrower**__

__**PO Box 505339**__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$169,246.77**

**Basis for the claim:**

__**St. Louis**__ __**MO**__ __**63150-5339**__ __**Trade Debt**__

Date or dates debt was incurred __**2/3/17-6/19/17**__

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**ASW Corp. Div.**__

__**1501 W Angeline St.**__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$240.00**

**Basis for the claim:**

__**Groesbeck**__ __**TX**__ __**76642**__ __**Trade Debt**__

Date or dates debt was incurred __**5/16/17**__

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Bake Mark USA Houston**__

__**4701 B Valley Industrial Blvd. S**__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$86,681.34**

**Basis for the claim:**

__**Shakoppee**__ __**MN**__ __**55379**__ __**Trade Debt**__

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Bay Electric Supply Inc.**__

__**PO Box 38**__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,343.27**

**Basis for the claim:**

__**League City**__ __**TX**__ __**77574-0038**__ __**Trade Debt**__

Date or dates debt was incurred __**12/6/16-3/24/17**__

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

---

## Part 2:      Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Bay Oaks Lease**

**BOI-L, Ltd.**

**50 Muirfield**

**Boerne                      TX        78006**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notes Payable**

Is the claim subject to offset?
☒ No
☐ Yes

**$311,396.00**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Bay Oaks Ltd. #1**

**50 Muirfield**

**Boerne                      TX        78006**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notes Payable**

Is the claim subject to offset?
☒ No
☐ Yes

**$208,782.00**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Bay Oaks Ltd. #2**

**50 Muirfield**

**Boerne                      TX        78006**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notes Payable**

Is the claim subject to offset?
☒ No
☐ Yes

**$296,089.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Blending Solutions, LLC**

**484 E. Carmel Dr. #255**

**Carmel                      IN        46032**

Date or dates debt was incurred      **3/31/17-4/18/17**

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$56,012.58**

Debtor **Newberry Bakers, Inc.**    Case number (if known)  **17-44189-rfn11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.76 |

**Blue Diamond Growers**

**1802 C St.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Sacramento** | **CA** | **95811** |

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **1/1/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | | $67,680.00 |

**BOI-L, Ltd.**

**50 Muirfield**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Boerne** | **TX** | **78006** |

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **2/1/17-6/1/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | | $214.21 |

**Bolts 'n Nuts Plus**

**2011 Matilda**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77032** |

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred    **2/22/17-3/29/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | | $9,705.41 |

**Brogan Enterprises, Inc.**

**2-8 Haven Avenue #226**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Port Washington** | **NY** | **11050** |

Basis for the claim:
**December Commission**

Date or dates debt was incurred    **3/8/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

**Bunzl Houston**

**700 Northpark Central Dr.**

Houston      TX     77073

Date or dates debt was incurred    **4/6/17-5/15/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,628.20**

---

**3.30** Nonpriority creditor's name and mailing address

**Cantrell McCulloch Incorporated**

**12750 Merit Dr., Suite 400**

Dallas      TX     75251-1283

Date or dates debt was incurred    **12/22/16-12/27/16**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,001.42**

---

**3.31** Nonpriority creditor's name and mailing address

**CBM Global**

**1028 Highland Lakes**

Birmingham      AL     35242

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notes Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,233.09**

---

**3.32** Nonpriority creditor's name and mailing address

**CenterPoint Energy**

**PO Box 4981**

Houston      TX     77210-4981

Date or dates debt was incurred    **6/5/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$27.04**

---

Debtor **Newberry Bakers, Inc.**　　　Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33** Nonpriority creditor's name and mailing address

**Cereal Ingredients, Inc.**
**4720 South 13th St.**

**Leavenworth**　　**KS**　**66048**

Date or dates debt was incurred　**1/13/17-2/22/17**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,526.00**

**3.34** Nonpriority creditor's name and mailing address

**Charter Fire Protection, Inc.**
**PO Box 4578**

**Pasadena**　　**TX**　**77502**

Date or dates debt was incurred　**1/5/17**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$325.00**

**3.35** Nonpriority creditor's name and mailing address

**Chemsearch**
**PO Box 971269**

**Dallas**　　**TX**　**75397-1269**

Date or dates debt was incurred　**1/20/17-5/20/17**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,378.20**

**3.36** Nonpriority creditor's name and mailing address

**Chevron and Texaco Universal Card**
**PO Box 70995**

**Charlotte**　　**NC**　**28272-0995**

Date or dates debt was incurred　**3/10/17-5/10/17**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,821.01**

Debtor __**Newberry Bakers, Inc.**_____  Case number (if known) __**17-44189-rfn11**_____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,622.88** |

**Cintas First Aid & Safety**

**PO Box 631025**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Cincinnati**            **OH**    **45263-1025**      **Trade Debt**

Date or dates debt was incurred    **10/13/16-6/1/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,875.00** |

**Clabber Girl**

**PO Box 150**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Terre Haute**            **IN**    **47808-0150**      **Trade Debt**

Date or dates debt was incurred    **2/2/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,000.00** |

**Clarence Schmittzehe**

**2909 LaSalle St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Monroe**            **LA**    **71201**      **Trade Debt**

Date or dates debt was incurred    **5/15/16-6/15/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46,443.67** |

**Clasen Quality Coatings, Inc.**

**5126 West Terrace Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Madison**            **WI**    **53718**      **Trade Debt**

Date or dates debt was incurred    **3/3/17-5/5/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**    Nonpriority creditor's name and mailing address

**Comcast**

**PO Box 660618**

**Dallas**                    **TX    75266-0618**

Date or dates debt was incurred    **5/26/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$397.07**

---

**3.42**    Nonpriority creditor's name and mailing address

**Continental Carbonic**

**Dept CH 19860**

**Palatine**                    **IL    60055-9860**

Date or dates debt was incurred    **2/18/17-5/12/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,306.70**

---

**3.43**    Nonpriority creditor's name and mailing address

**Costa Ventures, Inc.**

**2255 Contra Costa Blvd., Suite 305**

**Pleasant Hill**                    **CA    94523**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Landlord - Lease 14151 Bldg.**

Is the claim subject to offset?
☑ No
☐ Yes

**$98,145.01**

---

**3.44**    Nonpriority creditor's name and mailing address

**Coyote Logistics**

**960 North Point Pkwy, Suite 150**

**Alpharetta**                    **GA    30005**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$41,026.80**

---

Debtor **Newberry Bakers, Inc.**     Case number (if known) **17-44189-rfn11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,200.00** |
| --- | --- | --- | --- |

**CR Pallet**

**9106 Kempwood Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77080** |
| --- | --- | --- |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **4/21/17-5/10/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.46 | Nonpriority creditor's name and mailing address | | **$798.85** |
| --- | --- | --- | --- |

**Crown Lift Trucks**

**PO Box 641173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cincinnati** | **OH** | **45264-1173** |
| --- | --- | --- |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **11/9/16-5/25/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | | **$13,481.95** |
| --- | --- | --- | --- |

**D.E. Shipp Belting Company**

**123 S Industrial Dr.**

**PO Box 20035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Waco** | **TX** | **76702-0035** |
| --- | --- | --- |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **11/10/16-5/31/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.48 | Nonpriority creditor's name and mailing address | | **$933.27** |
| --- | --- | --- | --- |

**DeLage Landen Financial Services**

**PO Box 41602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Philadelphia** | **PA** | **19101-1602** |
| --- | --- | --- |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **3/25/17-5/20/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Newberry Bakers, Inc.**

Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49** Nonpriority creditor's name and mailing address

**DirecTV**

**PO Box 60036**

**Los Angeles**      **CA**     **90060-0036**

Date or dates debt was incurred    **5/26/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$145.24**

---

**3.50** Nonpriority creditor's name and mailing address

**DNV Certification Inc.**

**PO Box 934927**

**Atlanta**      **GA**    **31193-4927**

Date or dates debt was incurred    **2/26/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,627.16**

---

**3.51** Nonpriority creditor's name and mailing address

**Dobla Group USA, LLC**

**1775 Breckinridge Pkwy, Suite 600**

**Deluth**      **GA**    **30096**

Date or dates debt was incurred    **1/4/17-3/8/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,652.87**

---

**3.52** Nonpriority creditor's name and mailing address

**Door Control Services, Inc.**

**321 VZ County Road 4500**

**Ben Wheeler**      **TX**    **75754**

Date or dates debt was incurred    **1/12/17-4/3/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,420.84**

---

Debtor    **Newberry Bakers, Inc.**      Case number (if known)   **17-44189-rfn11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.53**   Nonpriority creditor's name and mailing address

**Eggleston & Briscoe, LLP**

**Attorneys at Law**

**333 Clay St.**

**Houston**      **TX**    **77002**

Date or dates debt was incurred    **8/24/16**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,125.00**

---

**3.54**   Nonpriority creditor's name and mailing address

**Electric Motors Inc.**

**11831 Aldine Westfield**

**Houston**      **TX**    **77093**

Date or dates debt was incurred    **1/27/17-3/31/17**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,632.53**

---

**3.55**   Nonpriority creditor's name and mailing address

**ESP Sales, LLC**

**20079 Stone Oak Pkwy**

**Suite 1105-466**

**San Antonio**      **TX**    **78258**

Date or dates debt was incurred    **3/8/17**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **December Commission**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,478.94**

---

**3.56**   Nonpriority creditor's name and mailing address

**ET Cattle, Inc.**

**2902 N. Illa Ave.**

**Fresno**      **CA**    **93705**

Date or dates debt was incurred    **5/24/17**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$191.07**

---

Debtor   **Newberry Bakers, Inc.**          Case number (if known)  **17-44189-rfn11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$97.35** |
| --- | --- | --- | --- |

**Fastenal**

**PO Box 978**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Winona**         **MN**    **55987**     **Trade Debt**

Date or dates debt was incurred   **3/14/17**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,470.15** |
| --- | --- | --- | --- |

**Federated Group, Inc.**

**3025 Salt Creek Lane**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Arlington Heights**     **IL**    **60005**     **Trade Debt**

Date or dates debt was incurred   **6/1/17**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,254.08** |
| --- | --- | --- | --- |

**FedEx**

**PO Box 94515**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Palatine**     **IL**    **60094-4515**     **Trade Debt**

Date or dates debt was incurred   **1/23/17-6/15/17**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.27** |
| --- | --- | --- | --- |

**Fire Boss, Inc.**

**dba Dragon Fire Systems**

**7575 Charpiot Lane**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Humble**     **TX**    **77396**     **Trade Debt**

Date or dates debt was incurred   **3/17/17**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Newberry Bakers, Inc.**     Case number (if known) **17-44189-rfn11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                           **Amount of claim**

### 3.61   Nonpriority creditor's name and mailing address

**GEA of Texas, Inc.**

**9434 Old Katy Rd., Suite 110**

**Houston**        **TX**    **77055**

Date or dates debt was incurred    **2/6/17-4/24/17**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,834.46**

### 3.62   Nonpriority creditor's name and mailing address

**General Converting, Inc.**

**250 W. Crossroads Pkwy.**

**Bolingbrook**        **IL**    **60440**

Date or dates debt was incurred    **9/11/15-1/11/17**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,622.80**

### 3.63   Nonpriority creditor's name and mailing address

**Gibsons Heliarc Welding**

**506 W Nelda Rd.**

**Houston**        **TX**    **77037**

Date or dates debt was incurred    **2/10/17**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,100.00**

### 3.64   Nonpriority creditor's name and mailing address

**Golden Age Vending, Inc.**

**2355 Minimax Dr.**

**Houston**        **TX**    **77008**

Date or dates debt was incurred    **12/22/16-4/11/17**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,548.32**

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,387.14 |

**Gorman Uniform**

**9021 Katy Freeway**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77024**

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred    **2/3/17-5/15/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,992.71 |

**Great Southwest Paper Co. Inc.**

**PO Box 15618**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77220**

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred    **3/10/17-6/16/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**GSL Welcome SUB 33, LLC**

**Attn:  Welcome Wilson/Craig Wilson**

**5858 Westheimer, Suite 800**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77057**

**Basis for the claim:**  **Lease-14149 Interdrive West**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.36 |

**Guardian Repair & Parts**

**2210 Peppermill**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX      77080**

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred    **1/9/17-5/9/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**    Nonpriority creditor's name and mailing address

**Hantover, Inc.**

**PO Box 83152**

_____

**Chicago**      **IL**     **60691-0152**

Date or dates debt was incurred    **1/31/17-2/3/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$453.57**

---

**3.70**    Nonpriority creditor's name and mailing address

**Hialeah Products Company**

**PO Box 223247**

_____

**Hollywood**      **FL**     **33022**

Date or dates debt was incurred    **3/27/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$3,578.40**

---

**3.71**    Nonpriority creditor's name and mailing address

**Highland Dairy Foods**

**PO Box 802792**

_____

**Kansas City**      **MO**     **64180-2792**

Date or dates debt was incurred   

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$64,059.57**

---

**3.72**    Nonpriority creditor's name and mailing address

**Hinds-Bock**

**2122 222nd St., SE**

_____

**Bothell**      **WA**     **98021**

Date or dates debt was incurred    **4/6/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,405.21**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**  Nonpriority creditor's name and mailing address

**Hoover Container Solutions, Inc.**

**PO Box 732866**

**Dallas**　　　　　　　**TX**　　**75373-2866**

Date or dates debt was incurred　　**4/4/17-6/1/17**

Last 4 digits of account number 　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$45.50**

---

**3.74**  Nonpriority creditor's name and mailing address

**Hudson Energy**

**PO Box 731137**

**Dallas**　　　　　　　**TX**　　**75373**

Date or dates debt was incurred

Last 4 digits of account number 　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Electric Utility**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$70,416.00**

---

**3.75**  Nonpriority creditor's name and mailing address

**Industrial Repair Service, Inc.**

**2650 Business Dr.**

**Cumming**　　　　　　**GA**　　**30028**

Date or dates debt was incurred　　**5/31/17**

Last 4 digits of account number 　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$204.05**

---

**3.76**  Nonpriority creditor's name and mailing address

**Infinite Packaging Group**

**19014 E. Admiral Place**

**Catoosa**　　　　　　**OK**　　**74015**

Date or dates debt was incurred　　**2/3/17-3/24/17**

Last 4 digits of account number 　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,096.10**

---

Debtor **Newberry Bakers, Inc.**                    Case number (if known) **17-44189-rfn11**

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**$39.82**

Check all that apply.

**Interbelt North Business**

**800 W Sam Houston N**

☐ Contingent
☐ Unliquidated

**Suite 200**

☐ Disputed

**Basis for the claim:**

**Houston**          **TX**     **77024**    **Trade Debt**

Date or dates debt was incurred     **2/8/17**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**$24,812.10**

Check all that apply.

**JJ Marshall Inc.**

**9780 Waverly St.**

☐ Contingent
☐ Unliquidated

**Montreal, QC H3L2V5**

☐ Disputed

**Basis for the claim:**

**Trade Debt**

Date or dates debt was incurred     **2/23/17-5/9/17**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**$1,478.36**

Check all that apply.

**John R. Ames, CTA**

**PO Box 139066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**     **75313-9066**    **Trade Debt**

Date or dates debt was incurred     **9/27/16**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**$17,432.06**

Check all that apply.

**JohnPac**

**PO Box 1566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Crowley**          **LA**     **70527-1566**    **Trade Debt**

Date or dates debt was incurred     **6/6/17-4/7/17**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

Debtor **Newberry Bakers, Inc.**                                    Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                       Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Johnson Brothers Bakery Supply**

**10731 I.H. 35 N.**

**San Antonio**                          **TX**      **78233**

Date or dates debt was incurred

Last 4 digits of account number    __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$595,879.68**

---

| 3.82 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Joseph Ornelas**

**713 W SW Loop**

**323 PBM 204**

**Tyler**                               **TX**      **75701**

Date or dates debt was incurred    **May2004 & Jul2007**

Last 4 digits of account number    __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notes Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$247,514.00**

---

| 3.83 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Joseph Ornelas**

**713 W SW Loop**

**323 PBM 204**

**Tyler**                               **TX**      **75701**

Date or dates debt was incurred    **May 2017**

Last 4 digits of account number    __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bridge Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$150,000.00**

---

| 3.84 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**JSO Associates, Inc.**

**17 Maple Dr.**

**Great Neck**                          **NY**      **11021**

Date or dates debt was incurred    **2/2/17-4/3/17**

Last 4 digits of account number    __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,849.64**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85** Nonpriority creditor's name and mailing address

**LEAF**

**PO Box 742647**

**Cincinnati**      **OH**    **45274-2647**

Date or dates debt was incurred    **10/15/16-5/20/17**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,127.69**

---

**3.86** Nonpriority creditor's name and mailing address

**Leaf Capital Funding, LLC**

**2005 Market St., 14th Floor**

**Philadelphia**      **PA**    **19102**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.87** Nonpriority creditor's name and mailing address

**Linda Sikes**

**12118 Guadalupe Trail Lane**

**Humble**      **TX**    **77346**

Date or dates debt was incurred    **5/31/17**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intuit Backup**

Is the claim subject to offset?
☒ No
☐ Yes

**$10.61**

---

**3.88** Nonpriority creditor's name and mailing address

**Lori Feagaimaalii**

**2902 N. Illa Ave.**

**Fresno**      **CA**    **93705**

Date or dates debt was incurred    **6/15/17**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$478.83**

---

Debtor **Newberry Bakers, Inc.**                                    Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89** Nonpriority creditor's name and mailing address

**LTL Express, Inc.**

**c/o Transport Financial Solutions**

**PO Box 845981**

**Dallas** **TX** **75284-5981**

Date or dates debt was incurred **11/23/16-1/13/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$41,422.50**

---

**3.90** Nonpriority creditor's name and mailing address

**Matheson Tri-Gas, Inc.**

**Dept. 3028**

**PO Box 123028**

**Dallas** **TX** **75312**

Date or dates debt was incurred **12/6/16-5/31/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,477.48**

---

**3.91** Nonpriority creditor's name and mailing address

**Mavalerio**

**11990 North Lakeridge Pkwy.**

**Ashland** **VA** **23005**

Date or dates debt was incurred **3/13/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,062.50**

---

**3.92** Nonpriority creditor's name and mailing address

**McMaster-Carr**

**PO Box 7690**

**Chicago** **IL** **60680-7690**

Date or dates debt was incurred **1/30/17-3/13/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,403.64**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93** Nonpriority creditor's name and mailing address

Mettler-Toledo Safeline, Inc.

6005 Benjamin Rd.

Tampa      FL     33634-5145

Date or dates debt was incurred    1/10/17-1/23/17

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,716.34**

---

**3.94** Nonpriority creditor's name and mailing address

Meyer Laboratory, Inc.

2401 W. Jefferson

Blue Springs      MO    64015-7298

Date or dates debt was incurred    3/16/17-5/15/17

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,811.34**

---

**3.95** Nonpriority creditor's name and mailing address

Mid-America Packaging

4800 Miami St.

St. Louis      MO    63116

Date or dates debt was incurred    1/30/17-3/30/17

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,391.74**

---

**3.96** Nonpriority creditor's name and mailing address

Miner Material Handling

PO Box 967

Grapevine      TX    76099

Date or dates debt was incurred    4/21/17-5/26/17

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,362.34**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97** Nonpriority creditor's name and mailing address

**MPF Sales & Marketing Group, LLC**

**Maher/Premier/Freedom/Frontier Group**

**PO Box 776111**

**Chicago**    IL    **60677-6111**

Date or dates debt was incurred    **3/8/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$257.30**

---

**3.98** Nonpriority creditor's name and mailing address

**Nicol Scales**

**PO Box 222288**

**Dallas**    TX    **75222-2288**

Date or dates debt was incurred    **11/28/16-4/26/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,907.23**

---

**3.99** Nonpriority creditor's name and mailing address

**Nusrat, Inc.**

**3702 Aldine Mail Route**

**Houston**    TX    **77039**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Payroll Check Cashing**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$95,000.00**

---

**3.100** Nonpriority creditor's name and mailing address

**Nutkao USA Inc.**

**7044 NC 48**

**Battleboro**    NC    **27809**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$43,186.05**

---

Debtor     **Newberry Bakers, Inc.**           Case number (if known)   **17-44189-rfn11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

        **Amount of claim**

---

**3.101**   Nonpriority creditor's name and mailing address

**Office Systems of Texas**

**104 Lockhaven Dr.**

**Houston**        **TX**    **77073**

Date or dates debt was incurred    **3/6/17-5/5/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

        **$556.20**

---

**3.102**   Nonpriority creditor's name and mailing address

**Orkin North Houston Comm**

**15621 Blue Ash Dr., Suite 190**

**Houston**        **TX**    **77090**

Date or dates debt was incurred    **3/14/17-5/23/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

        **$2,243.37**

---

**3.103**   Nonpriority creditor's name and mailing address

**Panoramic Packaging LLC**

**1500 North Parker Dr.**

**Janesville**        **WI**    **53545**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

        **$125,491.50**

---

**3.104**   Nonpriority creditor's name and mailing address

**Paragon Food Group, LLC**

**345 Rae's Creek Dr.**

**Greenville**        **SC**    **29609**

Date or dates debt was incurred    **10/31/16-3/9/17**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

        **$18,170.96**

---

Debtor **Newberry Bakers, Inc.**                Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.105** Nonpriority creditor's name and mailing address

**Pawnee Leasing Corporation**

**Attn: Sandy Carr**

**3801 Automation Way, Suite 207**

**Fort Collins**          **CO**    **80525**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Equipment Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.106** Nonpriority creditor's name and mailing address

**Pete Snyder**

**1723 Kennington Rd.**

**Encinitas**          **CA**    **92024**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Landlord - Lease 14212 Bldg.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$77,000.00**

---

**3.107** Nonpriority creditor's name and mailing address

**Pitney Bowes Global Financial Services**

**PO Box 371887**

**Pittsburgh**          **PA**    **15250-7887**

Date or dates debt was incurred    **3/2/17-6/2/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$735.84**

---

**3.108** Nonpriority creditor's name and mailing address

**Power Supply Components**

**3468 Yale St.**

**Houston**          **TX**    **77018**

Date or dates debt was incurred    **12/13/16-5/30/17**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,671.91**

---

Debtor    **Newberry Bakers, Inc.**        Case number (if known)   **17-44189-rfn11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.109**   Nonpriority creditor's name and mailing address

**Pratt Corrugated Holdings**

**1800-C Sarasota Pkwy.**

**Conyers**      **GA**    **30013**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$242,537.64**

---

**3.110**   Nonpriority creditor's name and mailing address

**Preferred Freezer Svs of Houston Met**

**555 Aleen St.**

**Houston**      **TX**    **77029**

Date or dates debt was incurred   **3/15/17-6/15/17**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$320.00**

---

**3.111**   Nonpriority creditor's name and mailing address

**Purchase Power**

**PO Box 371874**

**Pittsburgh**      **PA**    **15250-7874**

Date or dates debt was incurred   **1/18/17-6/7/17**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,480.12**

---

**3.112**   Nonpriority creditor's name and mailing address

**Quality Bakery Products**

**14330 Interdrive West**

**Houston**      **TX**    **77032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$225,972.92**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**Reiser**

**725 Dedham St.**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$633.32**

| **Canton** | **MA** | **02021** |

Basis for the claim: **Trade Debt**

Date or dates debt was incurred **3/31/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**Robertet Flavors, Inc.**

**PO Box 842883**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,157.30**

| **Boston** | **MA** | **02284-2883** |

Basis for the claim: **Trade Debt**

Date or dates debt was incurred **4/6/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**Robertson Global Credit**

**5120 Woodway Dr., Suite 9029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**

| **Houston** | **TX** | **77056** |

Basis for the claim: **Financial Consultant Fee**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**Royal Cabling Techsus, Inc.**

**1918 Ridgwood St.**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$671.15**

| **Houston** | **TX** | **77006** |

Basis for the claim: **Trade Debt**

Date or dates debt was incurred **1/23/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Newberry Bakers, Inc.**      Case number (if known) **17-44189-rfn11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

              Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,025.00** |
|---|---|---|---|

**RW Machine**

**PO Box 670348**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77267 |
|---|---|---|

Basis for the claim: **Trade Debt**

Date or dates debt was incurred   **2/8/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.118 | Nonpriority creditor's name and mailing address | | **$998.72** |
|---|---|---|---|

**Ryder Transportation Services**

**PO Box 96723**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Chicago | IL | 60693-6723 |
|---|---|---|

Basis for the claim: **Trade Debt**

Date or dates debt was incurred   **5/1/17-6/5/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.119 | Nonpriority creditor's name and mailing address | | **$305.14** |
|---|---|---|---|

**Savi Sales**

**230 S. Brookside Center**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Anaheim | CA | 92808-1204 |
|---|---|---|

Basis for the claim: **Trade Debt**

Date or dates debt was incurred   **4/3/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.120 | Nonpriority creditor's name and mailing address | | **$1,119.89** |
|---|---|---|---|

**Schaeffer Mfg. Co.**

**Dept. 3518**

**PO Box 790100**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| St. Louis | MO | 63179-0100 |
|---|---|---|

Basis for the claim: **Trade Debt**

Date or dates debt was incurred   **1/9/17-5/11/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Newberry Bakers, Inc.**                              Case number (if known) **17-44189-rfn11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.121** Nonpriority creditor's name and mailing address

**Securities Transfer Corp.**

**2901 North Dallas Pkwy.**

**Suite 380**

**Plano**          **TX**      **75093-5990**

Date or dates debt was incurred     **2/1/17-6/1/17**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,169.33**

---

**3.122** Nonpriority creditor's name and mailing address

**Sharon E. Conway**

**Attorney at Law**

**2441 High Timbers, Suite 410**

**The Woodlands**      **TX**      **77380-1052**

Date or dates debt was incurred     **3/1/17-6/1/17**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$14,130.54**

---

**3.123** Nonpriority creditor's name and mailing address

**Shotwell Brown & Sperry**

**1101 Royal Ave., Suite A**

**Monroe**          **LA**      **71201**

Date or dates debt was incurred     **3/25/17**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$820.00**

---

**3.124** Nonpriority creditor's name and mailing address

**Silliker Laboratories of Texas**

**3155 Payshere Circle**

**Chicago**          **IL**      **60674**

Date or dates debt was incurred     **2/28/17-6/15/17**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,693.23**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125** Nonpriority creditor's name and mailing address

**Southeastern Freight Lines**

**PO Box 100104**

**Columbia**　　　　　　　**SC**　　**29202-3104**

Date or dates debt was incurred　　**3/8/17**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$600.92**

---

**3.126** Nonpriority creditor's name and mailing address

**Southland Battery Assoc. LLC**

**6311 Antoine Dr.**

**Houston**　　　　　　　**TX**　　**77091**

Date or dates debt was incurred　　**3/29/17**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$430.78**

---

**3.127** Nonpriority creditor's name and mailing address

**Sr. Pepper, LLC Magaya Foods**

**11729 Warfield St.**

**San Antonio**　　　　　**TX**　　**78216**

Date or dates debt was incurred　　**1/2/17-3/15/17**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,296.00**

---

**3.128** Nonpriority creditor's name and mailing address

**Staples Business Advantage**

**Dept. DAL**

**PO Box 83689**

**Chicago**　　　　　　　**IL**　　**60696-3689**

Date or dates debt was incurred　　**3/11/17-4/29/17**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,809.70**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$172,347.04** |

**Sysco Foodservice Houston**

**10710 Greens Crossing Blvd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77038-2716 |

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** |

**T G Foods, Inc.**

**PO Box 479330**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Chicago | IL | 60647 |

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$51,425.02** |

**Texas Egg**

**39486 Treasury Center**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Chicago | IL | 60694-9400 |

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$106.00** |

**Texas Medical Waste Disposal**

**3819 Kimberly**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Pearland | TX | 77581 |

**Basis for the claim:**   **Trade Debt**

Date or dates debt was incurred   **3/8/17**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor **Newberry Bakers, Inc.**                                    Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$780.00** |
|---|---|---|---|

**The Fresh Market, Inc.**

**628 Green Valley Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Greensboro**          **NC**    **27408**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    **3/13/17**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,217.85** |
|---|---|---|---|

**The Loev Law Firm, PC**

**6300 West Loop South**

**Suite 280**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bellaire**          **TX**    **77401**

Basis for the claim:  **Legal Fees**

Date or dates debt was incurred    **2/27/17**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,566.42** |
|---|---|---|---|

**The Regian Company**

**2600 McDonald**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tyler**          **TX**    **75701**

Basis for the claim:  **December Commission**

Date or dates debt was incurred    **3/8/17**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,583.87** |
|---|---|---|---|

**The Warrell Corporation**

**3036 Solutions Center**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**          **IL**    **60677-3000**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred    **4/24/17**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **Newberry Bakers, Inc.** | | Case number (if known) | **17-44189-rfn11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,042.26** |

**The Welcome Group**

**5858 Westheimer, Suite 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77057 |

**Basis for the claim:**
**Landlord - Lease 14149 Bldg.**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**TimePayment Corp.**

**16 N.E. Executive Park #200**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Burlington | MA | 01803 |

**Basis for the claim:**
**Equipment Lease**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,384.01** |

**Toyota Industries Commercial Finance**

**Dept. 2431**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Carol Stream | IL | 60132-2431 |

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred **3/28/17-6/22/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,095.65** |

**Toyotalift of Houston**

**PO Box 733593**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75373-3593 |

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred **1/17/17-4/4/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.141** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$36,018.94** |

**Travelers CL & Specialty**

**Remittance Center**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Hartford** | **CT** | **06183-1008** |

**Basis for the claim:** **Insurance Premiums**

Date or dates debt was incurred    **1/24/17**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.142** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$2,580.94** |

**TWSCO**

**aka Praxair**

**Dept. 0812**

**PO Box 120812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75312-0812** |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **12/6/16-5/22/17**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.143** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$3,815.67** |

**Uline**

**PO Box 88741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Chicago** | **IL** | **60680-1741** |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **2/21/17-3/8/17**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.144** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | **$3,815.67** |

**United Labels, LLC**

**2950 Unity Dr. # 37451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77237** |

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred    **4/25/17-5/18/17**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Newberry Bakers, Inc.**        Case number (if known) **17-44189-rfn11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.145**   Nonpriority creditor's name and mailing address

**Verizon Wireless**

**PO Box 660108**

**Dallas**      **TX**    **75266-0108**

Date or dates debt was incurred   **6/7/17**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Mobil Phone Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$789.37**

---

**3.146**   Nonpriority creditor's name and mailing address

**Vertiv Operating Co.**

**PO Box 849089**

**Dallas**      **TX**    **75284-9089**

Date or dates debt was incurred   **1/4/17**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$555.32**

---

**3.147**   Nonpriority creditor's name and mailing address

**Victory Packaging**

**PO Box 844138**

**Dallas**      **TX**    **75284-4138**

Date or dates debt was incurred   **3/21/17-5/25/17**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,944.23**

---

**3.148**   Nonpriority creditor's name and mailing address

**Webstaurant Store.com**

**40 Citation Lane**

**Lititz**      **PA**    **17543**

Date or dates debt was incurred   **12/13/16**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$58.26**

---

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.149 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wes Adhesives, Inc.**

**13810 Ambrose**

| **Houston** | **TX** | **77045** |

Date or dates debt was incurred   **12/16/16-12/29/16**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,170.24**

---

| 3.150 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wilco-Hazelnut, LLC**

**401 North 26th Ave.**

**PO Box 626**

| **Cornelius** | **OR** | **97113** |

Date or dates debt was incurred   **11/22/16**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,168.26**

---

| 3.151 | Nonpriority creditor's name and mailing address |
| --- | --- |

**William Evans**

**14212 Interdrive West**

| **Houston** | **TX** | **77032** |

Date or dates debt was incurred   **4/27/17-5/27/17**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,532.32**

---

| 3.152 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Zach's Spice Company**

**1001 Georgia Ave.**

| **Deer Park** | **TX** | **77536** |

Date or dates debt was incurred   **2/11/17**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$959.25**

---

Debtor **Newberry Bakers, Inc.**                Case number (if known) **17-44189-rfn11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.153** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$18,245.55

**Zukowki, Bresenhan, Petry & Piazza, LLP**

☐ Contingent

**1177 West Loop South**

☐ Unliquidated

**Suite 1100**

☐ Disputed

**Basis for the claim:**

**Houston**                **TX**        **77027**

**Legal Fees**

Date or dates debt was incurred        **7/31/16-5/31/17**

Is the claim subject to offset?

Last 4 digits of account number        ___  ___  ___  ___

☑ No
☐ Yes

Debtor **Newberry Bakers, Inc.**        Case number (if known) **17-44189-rfn11**

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$4,771,769.83** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$4,771,769.83** |

**Fill in this information to identify the case:**

Debtor name __**Newberry Bakers, Inc.**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number __**17-44189-rfn11**__     Chapter __**11**__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Contract to be REJECTED | 1-800-Flowers.com, Inc.<br>**Attn: Colleen Kearney**<br>**One Old Country Rd., Suite 500** |
| | State the term remaining | | |
| | List the contract number of any government contract | | Carle Place                NY        11514 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Alliance Funding Group<br>**3745 W. Chapman Ave., Suite 200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | Orange                     CA        92868 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease-Real Property<br>14151 Interdrive West, Houston, TX<br>Contract to be REJECTED | Costa Ventures, Inc.<br>**Attn: William Bruegmann**<br>**2255 Contra Costa Blvd. #305** |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pleasant Hill              CA        94523 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease<br>Hinds Bock "Auto Answer"<br>Automatic Batter Depositor Model<br>6P-08A (s/n 6920) and Used<br>Goodway Slurry Mixer with Start Box<br>and Holding Tank | Creekridge Capital Vendor Financing<br>**7808 Creekridge Circle, Suite 250** |
| | State the term remaining | | Edina                      MN        55439 |
| | List the contract number of any government contract | | |

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

Industrial Net Lease-Real Property 14149 Interdrive West, Houston, TX Contract to be REJECTED

GSL WELCOME SUB 33, LLC
Attn:  Welcome Wilson/Craig Wilson
5858 Westheimer, Suite 800

State the term remaining

List the contract number of any government contract

Houston                                    TX        77057

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

Equipment Lease
Modular Cooling Room 74'x84'x12' High
Multidrop Twiny Probake Polin Depositor

Leaf Capital Funding, LLC
2005 Market St., 14th Floor

State the term remaining

List the contract number of any government contract

Philadelphia                              PA        19102

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement
Foodtools Model CP-1F Full Sheet Crumb Press; A5726 Shankline A27A Automatic L Bar Sealer; A5727 Shankline T-7XL Heat Shrink Tunnel Customer Skidding for A5727 & A5726
Contract to be REJECTED

Pawnee Leasing Corporation
Attn:  Sandy Carr
3801 Automation Way, Suite 207

Fort Collins                              CO        80525

State the term remaining

List the contract number of any government contract

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

Equipment Lease
1-596KDF771014LFT-Lft Hinged Door 10' x 14' x 7' 7" Outdoor Walk-in Freezer with Floor and 1-96108833-Walk-In Exterior Ramp
Contract to be REJECTED

TimePayment Corp.
16 N.E. Executive Park #200

State the term remaining

Burlington                                MA        01803

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name **Newberry Bakers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-44189-rfn11**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 **Howard Anders** | **3525 Interdrive West**<br>Number Street<br><br>**Houston** **TX** **77032**<br>City State ZIP Code | **Alliance Funding Group** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Howard Anders** | **3525 Interdrive West**<br>Number Street<br><br>**Houston** **TX** **77032**<br>City State ZIP Code | **Leaf Capital Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Juan Torres** | **21603 Park Wind Ct.**<br>Number Street<br><br>**Katy** **TX** **77650**<br>City State ZIP Code | **Pawnee Leasing Corporation** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 **William Evans** | **14212 Interdrie West**<br>Number Street<br><br>**Houston** **TX** **77032**<br>City State ZIP Code | **Creekridge Capital, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 **William Evans** | **14212 Interdrive West**<br>Number Street<br><br>**Houston** **TX** **77032**<br>City State ZIP Code | **Pawnee Leasing Corporation** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Newberry Bakers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **17-44189-rfn11**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/27/2017**        X _William A. Evans_ (signature)
     MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                 **William A. Evans**
                                 Printed name

                                 **Chief Executive Officer**
                                 Position or relationship to debtor