**Fill in this information to identify the case:**

Debtor name: **Newberry Bakers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **17-44189-rfn11**    Chapter **11**

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Contract to be REJECTED** | **1-800-Flowers.com, Inc.** <br> **Attn: Colleen Kearney** <br> **One Old Country Rd., Suite 500** <br><br> **Carle Place    NY    11514** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | **Alliance Funding Group** <br> **3745 W. Chapman Ave., Suite 200** <br><br> **Orange    CA    92868** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | **Bay Oaks Investments, Ltd.** <br> **50 Muirfield** <br><br> **Boerne    TX    78006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Real Property** <br> **14210 Interdrive West, Houston, TX** | **Bay Oaks Investments, Ltd.** <br> **50 Muirfield** <br><br> **Boerne    TX    78006** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) **17-44189-rfn11** |
|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Real Property**<br>**14151 Interdrive West, Houston, TX**<br>**Contract to be REJECTED** | **Costa Ventures, Inc.**<br>**Attn: William Bruegmann**<br>**2255 Contra Costa Blvd. #305** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pleasant Hill        CA      94523** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease**<br>**Hinds Bock "Auto Answer" Automatic Batter Depositor Model 6P-08A (s/n 6920) and Used Goodway Slurry Mixer with Start Box and Holding Tank** | **Creekridge Capital Vendor Financing**<br>**7808 Creekridge Circle, Suite 250** |
| | State the term remaining | | **Edina        MN      55439** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Net Lease-Real Property**<br>**14149 Interdrive West, Houston, TX**<br>**Contract to be REJECTED** | **GSL WELCOME SUB 33, LLC**<br>**Attn: Welcome Wilson/Craig Wilson**<br>**5858 Westheimer, Suite 800** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston        TX      77057** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease**<br>**Modular Cooling Room 74'x84'x12' High**<br>**Multidrop Twiny Probake Polin Depositor** | **Leaf Capital Funding, LLC**<br>**2005 Market St., 14th Floor** |
| | State the term remaining | | **Philadelphia        PA      19102** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Foodtools Model CP-1F Full Sheet Crumb Press; A5726 Shankline A27A Automatic L Bar Sealer; A5727 Shankline T-7XL Heat Shrink Tunnel Customer Skidding for A5727 & A5726**<br>**Contract to be REJECTED** | **Pawnee Leasing Corporation**<br>**Attn: Sandy Carr**<br>**3801 Automation Way, Suite 207**<br><br>**Fort Collins        CO      80525** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Newberry Bakers, Inc.** | Case number (if known) | **17-44189-rfn11** |
|---|---|---|---|

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** — **Equipment Lease 1-596KDF771014LFT-Lft Hinged Door 10' x 14' x 7' 7" Outdoor Walk-in Freezer with Floor and 1-96108833-Walk-In Exterior Ramp Contract to be REJECTED** | **TimePayment Corp.** <br> **16 N.E. Executive Park #200** <br> **Burlington     MA     01803** |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case and this filing:

Debtor Name: **Newberry Bakers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **17-44189-rfn11**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)
- ☑ Amended Schedule **Schedule G**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/20/2017**
MM / DD / YYYY

X _[signature]_
Signature of individual signing on behalf of debtor

**William A. Evans**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form B202     Declaration Under Penalty of Perjury for Non-Individual Debtors